**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                              (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Celadon Group, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 1 3 – 3 3 6 1 0 5 0 |

4. **Debtor's address**

**Principal place of business**

9503 East 33rd Street
Number        Street

One Celadon Drive

Indianapolis              IN        46235
City                            State        ZIP Code

Marion
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                State        ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                State        ZIP Code

5. **Debtor's website** (URL)    https://celadontrucking.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Celadon Group, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__4__ __8__ __4__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                             MM / DD / YYYY

      District _____ When _____ Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor See Rider 1 _____ Relationship Affiliate _____

      District Delaware _____ When 12/8/2019 _____
                                                          MM / DD / YYYY

      Case number, if known _____

| Debtor | Celadon Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |

_____

| City | | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☒ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Celadon Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/8/2019
MM  / DD / YYYY

✗ _Paul C. _____     Paul Svindland
Signature of authorized representative of debtor     Printed name

Title  Chief Executive Officer

18. **Signature of attorney**

✗ _____     Date  12/8/2019
Signature of attorney for debtor        MM  / DD / YYYY

Stuart M. Brown
Printed name

DLA Piper LLP (US)
Firm name

1201 N. Market Street, Suite 2100
Number     Street

Wilmington          DE       19801
City               State     ZIP Code

(302) 468-5700         stuart.brown@us.dlapiper.com
Contact phone          Email address

4050              Delaware
Bar number         State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
## District of Delaware

In re    Celadon Group, Inc.                              Case No.    19-

                          Debtor(s)              Chapter    11

## Attachment to Voluntary Petition for Non-Individuals Filing for
## Bankruptcy under Chapter 11

If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 0000865941.

The following financial data is the latest available information and refers to the debtor's condition as of ___December 2, 2019___.

a.    Total assets                                    $    427 million, approximately

b.    Total debts (including debts listed in 2.c., below)    $    391 million, approximately

c.    Debt securities held by more than 500 holders:                                    Approximate
                                                                              number of
                                                                              holders:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☒ | subordinated | ☐ | 0.7 million of revenue equipment installment notes (per 2016 10-K) $ | |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | |

d.    Number of shares of preferred stock

e.    Number of shares common stock              29,092,653.000          171

Comments, if any:


Brief description of Debtor's business:
Celadon is one of North America's largest truckload freight transportation providers, primarily providing point-to-point shipping for major customers within the United States, between the United States and Mexico, and between the United States and Canada. Celadon complements these services with a variety of warehousing, supply chain logistics, tractor leasing, and other services to add value to our customers and professional truck drivers.

List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

- Luminus Management LLC, Luminus Energy Partners Master Fund Ltd. and Jonathan Barrett
- Towle & Co.
- Royce & Associates Inc.
- Alexander Mitchell, Scopus Capital Inc. and Scopus Asset Management LP

- Wellington Trust Company, National Association Multiple Common Trust Funds Trust, Micro Cap Equity Portfolio
- Wellington Trust Company, NA

Fill in this information to identify the case and this filing:

Debtor Name  Celadon Group, Inc.

United States Bankruptcy Court for the:  District of Delaware
(State)

Case number (If known):

## RIDER 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their cases, with the lead case number assigned to the chapter 11 case of the above-captioned Debtor, Celadon Group, Inc.

- Celadon Group, Inc.
- A R Management Services, Inc.
- Bee Line, Inc.
- Celadon Canadian Holdings, Limited
- Celadon E-Commerce, Inc.
- Celadon International Corporation
- Celadon Logistics Services, Inc.
- Celadon Mexicana, S.A. de C.V.
- Celadon Realty, LLC
- Celadon Trucking Services, Inc.
- Distribution, Inc.
- Eagle Logistics Services Inc.
- Hyndman Transport Limited
- Jaguar Logistics, S.A. de C.V.
- Leasing Servicios, S.A. de C.V.
- Osborn Transportation, Inc.
- Quality Companies LLC
- Quality Equipment Leasing, LLC
- Quality Insurance LLC
- Servicios Corporativos Jaguar, S.C.
- Servicios de Transportación Jaguar, S.A. de C.V.
- Stinger Logistics, Inc.
- Strategic Leasing, Inc.
- Taylor Express, Inc.
- Transportation Insurance Services Risk Retention Group, Inc.
- Vorbas, LLC

**SECRETARY'S CERTIFICATE OF**
**RESOLUTIONS OF THE GOVERNING BODY OF**

**CELADON GROUP, INC.**
**CELADON TRUCKING SERVICES, INC.**
**CELADON LOGISTICS SERVICES, INC.**
**QUALITY EQUIPMENT LEASING, LLC**
**OSBORN TRANSPORTATION, INC.**
**CELADON REALTY, LLC**
**DISTRIBUTION, INC.**
**EAGLE LOGISTICS SERVICES INC.**
**QUALITY COMPANIES LLC**
**TAYLOR EXPRESS, INC.**
**VORBAS, LLC**
**QUALITY INSURANCE LLC**
**CELADON E-COMMERCE, INC.**
**BEE LINE, INC.**
**CELADON INTERNATIONAL CORPORATION**
**STINGER LOGISTICS, INC.**
**STRATEGIC LEASING, INC.**
**TRANSPORTATION INSURANCE SERVICES RISK RETENTION GROUP, INC.**
**CELADON CANADIAN HOLDINGS, LIMITED**
**JAGUAR LOGISTICS, S.A. DE C.V.**
**HYNDMAN TRANSPORT LIMITED**
**CELADONA MEXICANA, S.A. DE C.V.**
**SERVICIOS DE TRANSPORTACIÓN JAGUAR, S.A. DE C.V.**
**SERVICIOS CORPORATIVOS JAGUAR, S.C.**
**LEASING SERVICIOS, S.A. DE C.V.**
**A R MANAGEMENT SERVICES, INC.**

Dated: December 8, 2019

I, Chase Welsh, the undersigned Secretary of Celadon Group, Inc., Celadon Trucking Services, Inc., Celadon Logistics Services, Inc., Quality Equipment Leasing, LLC, Osborn Transportation, Inc., Celadon Realty, LLC, Distribution, Inc., Eagle Logistics Services Inc., Quality Companies LLC, Taylor Express, Inc., Vorbas, LLC, Quality Insurance LLC, Celadon E-Commerce, Inc., Bee Line, Inc., Celadon International Corporation, Stinger Logistics, Inc., Strategic Leasing, Inc., Transportation Insurance Services Risk Retention Group, Inc., Celadon Canadian Holdings, Limited, Jaguar Logistics, S.A. de C.V., Hyndman Transport Limited, Celadona Mexicana, S.A. de C.V., Servicios de Transportación Jaguar, S.A. de C.V., Servicios Corporativos Jaguar, S.C., Leasing Servicios, S.A. de C.V., and A R Management Services, Inc. (each a "Company") hereby certify that, on December 8, 2019, the following resolutions were duly adopted and authorized in accordance with the requirements of applicable law by (i) all of the members of the board of directors, (ii) all of the directors, (iii) the sole director, (iv) the sole manager, (v) the sole member, (vi) the sole voting member or (vi) the sole shareholder, as the case

1

may be (in each case, the "Governing Body"), of each Company at meetings of each Governing Body held on December 8, 2019, and that were recorded in the minute book of each Company, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect.

## A.  Chapter 11 Filing

**WHEREAS**, the Governing Body of each Company considered presentations by the management and the financial and legal advisors of such Company regarding the liabilities and liquidity situation of such Company, the strategic alternatives available to it and the effect of the foregoing on each Company's business;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the financial and legal advisors of such Company and fully consider each of the strategic alternatives available to such Company, including the Chapter 11 Case and Chapter 11 Filings (both as defined below); and

**WHEREAS**, the Governing Body of each Company has determined after consulting with its financial and legal advisors, that it is in the best interests of each Company that each Company avail itself of the protections afforded by chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), by making a voluntary petition to commence a case under the same.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that with respect to each Company, any officer of such Company (each an "Authorized Person"), acting solely or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, file with the Bankruptcy Court, and perform, in the name and on behalf of each Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and it is further

**RESOLVED**, that with respect to each Company, each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of such Company, to take and perform any and all further acts and deeds, whether such acts and deeds be taken in the United States, Canada or Mexico, that such Authorized Person, in consultation with such Company's legal and financial advisors, deems necessary, appropriate, or desirable in connection with such Company's chapter 11 case (the "Chapter 11 Cases" and each, a "Chapter 11 Case") or the Chapter 11 Filings including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with,

2

or in furtherance of, such Chapter 11 Case with a view to the successful prosecution of such Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard).

## B.  Retention of Advisors

**IT IS FURTHER RESOLVED**, that with respect to each Company, each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of DLA Piper LLP (US) as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DLA Piper LLP (US); and it is further

**RESOLVED**, that with respect to each Company, each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Scudder Law Firm, P.C., L.L.O.) as special counsel to represent and assist each Company in general corporate governance and legacy liability management, and to take any and all actions to advance each Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Scudder Law Firm, P.C., L.L.O.; and it is further

**RESOLVED,** that with respect to each Company, each Authorized Person be, and they hereby are, authorized and directed to employ the firm of AlixPartners, LLP as financial advisor (the "Financial Advisor") to represent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Persons with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Financial Advisor; and it is further

**RESOLVED**, that with respect to each Company, each Authorized Person be, and they hereby are, authorized and directed to employ the firm of Kurtzman Carson Consultants LLC as notice, claims, and balloting agent and as administrative advisor (the "Claims Agent") to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Claims Agent.

## C.  Cash Collateral and Adequate Protection

**IT IS FURTHER RESOLVED**, that each Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Collateral"), which is security for the prepetition secured lenders (collectively, the

"Prepetition Secured Lenders") party to that certain Credit and Security Agreement dated July 31, 2019 among Celadon Group, Inc., certain of its subsidiaries, and MidCap Financial Trust as administrative agent and lender and that certain Second Amended and Restated Credit Agreement dated July 31, 2019 among Celadon Group, Inc., certain of its subsidiaries as guarantors thereto, Blue Torch Finance, LLC, as administrative agent, and BTC Holdings Fund I, LLC, BTC Holdings Fund I-B, LLC, BTC Holdings SC Fund LLC, and Luminus Energy Partners Master Fund, Ltd. each as lenders (collectively, the "Prepetition Loan Documents"); and it is further

**RESOLVED**, that in order to use and obtain the benefits of the Collateral, and in accordance with section 363 of the Bankruptcy Code, each Company will provide adequate protection to the Prepetition Secured Lenders (the "Adequate Protection Obligations"), as documented in one or more proposed orders (the "Cash Collateral Order") and submitted for approval to the Bankruptcy Court; and it is further

**RESOLVED**, that the form, terms and provisions of the Cash Collateral Order to which each Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted and approved, and each of the Authorized Persons of such Company be, and they hereby are, authorized and empowered, in the name of and on behalf of such Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions or other papers or documents to which such Company is or will be a party (collectively with the Cash Collateral Order, the "Cash Collateral Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Governing Body of such Company, with such changes, additions and modifications thereto as the officers of such Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and it is further

**RESOLVED**, with respect to each Company, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations (as set forth in the Cash Collateral Order) and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "Adequate Protection Transactions"); and it is further

**RESOLVED**, that with respect to each Company, any Authorized Persons of such Company be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed and empowered in the name of, and on behalf of, such Company, as debtor and debtor in possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the Adequate Protection Transactions, including delivery of: (a) the Cash Collateral Documents and such agreements, certificates, instruments, guaranties, notices and any and all other documents, including, without limitation, any amendments to any Cash Collateral Documents (collectively, the "Adequate Protection Documents"); (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the Agent; and (c) such forms of deposit, account control agreements, officer's certificates and compliance certificates as may be required by the Cash Collateral Documents or any other Adequate Protection Document; and it is further

**RESOLVED**, that with respect to each Company, each of the Authorized Persons be, and they hereby are, authorized, directed and empowered in the name of, and on behalf of, such Company (i) to file or to authorize the agents under the Prepetition Loan Documents (the "Agent") to file any Uniform Commercial Code (the "UCC") financing statements, any mortgages, any other equivalent filings, any intellectual property filings and recordation and any necessary assignments for security or other documents in the name of the Company that the Agent deems necessary or appropriate to perfect any lien or security interest granted under the Cash Collateral Order, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company and such other filings in respect of intellectual and other property of the Company, in each case as may be necessary under the Cash Collateral Order, and (ii) to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, proper or advisable to perform the Company's obligations under or in connection with the Cash Collateral Order or any of the other Adequate Protection Documents; and it is further

**RESOLVED**, that with respect to each Company, any Authorized Persons of such Company be, and they hereby are, authorized, directed and empowered in the name of, and on behalf of, such Company to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of such Company in connection with the foregoing resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, proper or advisable to perform such Company's obligations under or in connection with the Cash Collateral Order or any of the other Adequate Protection Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and it is further

**RESOLVED**, that with respect to each Company, any Authorized Persons hereby are, authorized, directed and empowered in the name of, and on behalf of, such Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the Cash Collateral Order or any of the Adequate Protection Documents or to do such other things which shall in their sole judgment be necessary, desirable, proper or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by their execution thereof.

**D.  Debtor-in-Possession Financing**

**IT IS FURTHER RESOLVED**, that each Company, as debtor and debtor in possession under the Chapter 11 Cases shall be, and hereby is, authorized by the Governing Body of each respective Company to:  (a) undertake any and all transactions contemplated in the Debtor in Possession Secured Multi-Draw Term Promissory Note (the "DIP Note") by and among Celadon Group, Inc., Blue Torch Finance, LLC, as agent, and the post-petition lenders thereto, on substantially the terms and subject to the conditions described to each Governing Body and as set

5

forth in the DIP Note or as may hereafter be fixed or authorized by each of the Authorized Persons (and their designees and delegates), acting alone or with one or more other Authorized Persons; (b) borrow funds from, request the issuance of letters of credit, provide guaranties to and undertake any and all related transactions contemplated thereby (collectively, the "Financing Transactions", and each such transaction, a "Financing Transaction") with such Lenders and on such terms as may be approved by any one or more of the Authorized Persons, as reasonably necessary for the continuing conduct of the affairs of such Company; (c) execute and deliver and cause such Company to incur and perform its obligations under the DIP Note and Financing Transactions; (d) finalize the DIP Note and Financing Transactions, consistent in all material respects with those that have been presented to and reviewed by each respective Governing Body; and (e) pay related fees and grant security interests in and liens upon some, any or all of such Company's assets, as may be deemed necessary by any one or more of the Authorized Persons in connection with such Financing Transactions; and it is further

**RESOLVED**, that with respect to each Company, each of the Authorized Persons (and their designees and delegates), acting alone or with one or more other Authorized Persons be, and they hereby are, authorized, directed and empowered in the name of, and on behalf of, such Company, as debtor and debtor in possession, to take such actions and negotiate or cause to be prepared and negotiated and to execute, file, deliver and cause each Company to incur and perform its obligations under the DIP Note and the ancillary documents (collectively, the "DIP Loan Documents"), any Secured Cash Management Agreements, any agreements with any Letter of Credit Issuer, and all other agreements, instruments and documents (including, without limitation, any and all other intercreditor agreement, joinders, mortgages, deeds of trust, consents, notes, pledge agreements, security agreements, control agreements, interest rate swaps, caps, collars or similar hedging agreement and any agreements with any entity (including governmental authorities) requiring or receiving cash collateral, letters of credit or other credit support with proceeds from the DIP Note) or any amendments thereto or waivers thereunder (including, without limitation, any amendments, waivers or other modifications of any of the DIP Loan Documents) that may be contemplated by, or required in connection with, the DIP Note, the DIP Loan Documents and the Financing Transactions (collectively, the "DIP Financing Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, as such Authorized Person shall in his or her judgment determine to be necessary or appropriate to consummate the transactions contemplated by the DIP Note and DIP Loan Documents, which determination shall be conclusively evidenced by his or her execution or delivery thereof; and it is further

**RESOLVED**, that the form, terms and provisions of the DIP Note and each of the other DIP Loan Documents be, and the same hereby are in all respects approved, and that with respect to each Company, any Authorized Persons or other authorized persons or officers of such Company are hereby authorized and empowered, in the name of and on behalf of such Company, to execute and deliver and to execute and file the DIP Note and each of the DIP Loan Documents to which such Company is a party, each in the form or substantially in the form thereof submitted to each respective Governing Body with such changes, additions and modifications thereto as the officers of such Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and it is further

6

**RESOLVED**, that the with respect to each Company, any Authorized Person be, and each of them hereby are, authorized and empowered to authorize Blue Torch Finance, LLC (the "DIP Agent") to file any UCC financing statements and any necessary assignments for security or other documents in the name of each Company that the DIP Agent deems necessary or appropriate to perfect any lien or security interest granted under the DIP Loan Documents, including any such UCC financing statement containing a super-generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of such Company and such other filings in respect of intellectual and other property of such Company, in each case as the DIP Agent may reasonably request to perfect the security interests of the DIP Agent on behalf of itself and the other secured parties under the DIP Loan Documents; and it is further

**RESOLVED**, that with respect to each Company, any Authorized Person be, and hereby are, authorized and empowered, in consultation with the respective Governing Body, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Note or any of the other DIP Loan Documents or any of the other DIP Financing Documents, and to execute and file on behalf of such Company all petitions, schedules, lists and other motions, papers or documents, which shall in his or her sole judgment be necessary, proper or advisable, which determination shall be conclusively evidenced by his or her execution thereof; it is further

**RESOLVED**, that each Company will obtain benefits from the incurrence of the loans and letters of credit under the DIP Note by the Borrower thereunder and the occurrence and consummation of the Financing Transactions under the DIP Note and the DIP Loan Documents and the transactions under the DIP Financing Documents, which are necessary and appropriate to the conduct, promotion and attainment of the business of such Company; and it is further

**RESOLVED**, that the capitalized terms used in the resolutions under the caption "Debtor-in-Possession Financing" and not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Note.

**E. Form 8-K Filing**

**IT IS FURTHER RESOLVED**, that in connection with the Chapter 11 Filings, the Governing Body of Celadon Group, Inc. authorizes the filing with the Securities and Exchange Commission of a Current Report on Form 8-K and press release, each substantially in the form previously provided to the Governing Body of Celadon Group, Inc. and discussed at this meeting, but with such changes and additions as are required by law or as such officers, in their discretion, deem necessary or appropriate, and authorizes such other filings in connection therewith as are required by the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder.

**F. Ratification**

**IT IS FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Person, any director, or any member of any Company in the name and on behalf of

such Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

## G. General Authorization

**IT IS FURTHER RESOLVED**, that with respect to each Company, any Authorized Person, each one of whom may act without the joinder of any of the others, hereby is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of such Company, to take, cause to be taken, or perform any and all further acts or deeds, including, without limitation, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes, and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person, any director, manager, or member of any Company in the name and on behalf of such Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and it is further

**RESOLVED,** that the Secretary of each Company is hereby authorized and empowered to certify that these resolutions have been duly adopted to such person or persons as the Secretary deems entitled thereto, and to attest or witness the execution of the documents authorized by the foregoing resolutions, and to sign and affix such Company's seal to such documents as may be necessary or appropriate.

*[remainder of page intentionally left blank]*

8

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate of the Resolutions of the Board of Directors of the Companies as of the 8th day of December 2019.

By: _____

Name:  Chase Welsh

Title:   Executive Vice President, Secretary, and
        General Counsel

Fill in this information to identify the case:

Debtor name: Celadon Group, Inc.

United States Bankruptcy Court for the District of Delaware

Case number (if known): TBD

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530 | PHONE: 202-514-2000 FAX: 202-307-6777 EMAIL: ASKDOJ@USDOJ.GOV | LITIGATION CLAIM | | | | $33,000,000.00 |
| 2 | TA DISPATCH, LLC BRIAN BARZE 1810 AVENUE C ENSLEY, AL 35218  ADDITIONAL CONTACT: BALCH & BINGHAM LLP 1901 6TH AVENUE NORTH, SUITE 1500 BIRMINGHAM, AL 35203 FACSIMILE: (205) 488-5696 ATTENTION: TIMOTHY J. SEGERS EMAIL: TSEGERS@BALCH.COM | BRIAN BARZE PHONE: 205-788-4000 FAX: 205-788-4400 EMAIL: BBARZE@PSTRANS.COM | TRADE | | | | $4,676,261.37 |
| 3 | COMDATA CORPORATION KURT PRESLEY 5301 MARYLAND WAY BRENTWOOD, TN 37027 | KURT PRESLEY PHONE: 615-370-7930 FAX: 615-370-7209, 615-370-7771 EMAIL: KPRESLEY@COMDATA.COM | TRADE | | | | $2,800,000.00 |
| 4 | PILOT TRAVEL CENTERS, LLC TONYA VAUGHN 5500 LONAS DRIVE STE 260 KNOXVILLE, TN 37909 | TONYA VAUGHN PHONE: 865-474-2543 FAX: 865-450-2801, 865-297-1812 EMAIL: STEPHANIE.ROBERTS@PILOTTRAVELCENTERS.COM; LUKE.RUSSELL@PILOTTRAVELCENTERS.COM | TRADE | | | | $2,500,000.00 |
| 5 | TRANSPORTATION ENTERPRISE LEASING SHERI AABERG 400 BIRMINGHAM HIGHWAY CHATTANOOGA, TN 37419 | SHERI AABERG PHONE: 423-463-3387 FAX: 423-821-5442 EMAIL: S.AABERG@TELEASING.COM | LESSOR | | | | $2,038,723.00 |
| 6 | SHERYL RAY THE SIMON LAW FIRM - JOHN SIMON 800 MARKET ST. SUITE 1700 ST. LOUIS, MO 63101 | THE SIMON LAW FIRM - JOHN SIMON PHONE: (314) 310-5929 FAX: 314-241-2029 EMAIL: JSIMON@SIMONLAWPC.COM | LITIGATION CLAIM | CONTINGENT | | | $1,493,074.05 |
| 7 | GRANT THORNTON LLP 1901 S. MEYERS RD SUITE 455 OAKBROOK TERRACE, IL 60181 | PHONE: 630-873-2500 FAX: 630-873-2800 EMAIL: CASH@US.GT.COM | PROFESSIONAL | | | | $1,361,612.41 |
| 8 | ZA-00002369 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $1,284,461.72 |
| 9 | THE GOODYEAR TIRE & RUBBER COMPANY RICHARD KIRK 200 INNOVATION WAY AKRON, OH 44316 | RICHARD KIRK PHONE: 330-796-2121 FAX: 330-796-2222 EMAIL: RICHARD.KIRK@GOODYEAR.COM | TRADE | | | | $1,261,824.15 |
| 10 | COMERCIALIZADORA Y DISTRIBUIDORA MARTINEZ Y MTZ PATTY BENITEZ AVILA 350 GONZALITOS CDM9801154V NUEVO LEON, 64020 MEXICO | PATTY BENITEZ PHONE: 83731511 EMAIL: COBRANZA@MYMENERGY.COM.MX | TRADE | | | | $1,195,455.57 |
| 11 | ZA-00014240 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $1,000,000.00 |
| 12 | VAAA1CDV2019065495 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $903,570.38 |
| 13 | PINNACLE FLEET SOLUTIONS PATTY SEIDELMAN P.O. BOX 742294 ATLANTA, GA 30374 | PATTY SEIDELMAN PHONE: 630-925-7676 FAX: 503-745-8921 EMAIL: PSEIDELMAN@CORCENTRIC.COM | TRADE | | | | $762,231.58 |
| 14 | GOODWIN PROCTER LLP LLOYD WINAWER 601 MARSHALL STREET REDWOOD CITY, CA 94063 | LLOYD WINAWER PHONE: +1 650 752 3146 FAX: 650-853-1038 EMAIL: LWINAWER@GOODWINLAW.COM | PROFESSIONAL | | | | $754,316.95 |
| 15 | JACKIE MCCOY RONALD WELDY 8383 CRAIG STREET STE. 330 INDIANAPOLIS, IN 46250 | RONALD WELDY PHONE: 317-842-6600; 877-211-7519 FAX: 317-842-6933 EMAIL: RWELDY@WELDYLEGAL.COM | LITIGATION CLAIM | CONTINGENT | | | $750,000.00 |
| 16 | MASTER FLEET NATIONAL, LLC DERRICK WASHINGTON, PRESIDENT 1210 MID VALLEY ROAD DE PERE, WI 54115 | DERRICK WASHINGTON, PRESIDENT PHONE: (920) 347.3513 FAX: 920-347-1820; 920-347-1821; 920-4998-9816 EMAIL: DWASHINGTON@MFNATL.COM | TRADE | | | | $734,939.30 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 ERNST & YOUNG U.S. LLP. MICHAEL STAVRIDIS 55 N UPPER WACKER DR #2000 CHICAGO, IL 60606 ADDITIONAL CONTACT: ERNST & YOUNG 11 MONUMENT CIR #4000, INDIANAPOLIS, IN 46204 (317) 681-7000 JOHN FEDERICI | MICHAEL STAVRIDIS PHONE: (312) 879-2000 FAX: 312-879-4000 EMAIL: MICHAEL.STAVRIDIS@EY.COM | PROFESSIONAL | | | | $571,881.08 |
| 18 PACCAR PARTS 750 HOUSER WAY N RENTON, WA 98057 | PHONE: 425-254-4400 FAX: 425-468-8216 EMAIL: REMITTANCE@PACCARPARTSFLEETSERVICES.COM | TRADE | | | | $545,775.78 |
| 19 ZA-00013207 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $520,000.00 |
| 20 TANGO TRANSPORT, LLC, ET AL ROBERT H. BEZUCHA ROBERTS CUNNINGHAM & STRIPLING LLP 12222 MERIT DRIVE SUITE 800 DALLAS, TX 75251 | ROBERT H. BEZUCHA PHONE: 214-696-3200 FAX: 214-696-5971 EMAIL: BEZUCHA@SBCGLOBAL.NET; BBEZUCHA@RCSLLP.COM; ROBERTBEZUCHALAW@GMAIL.COM | LITIGATION CLAIM | CONTINGENT | | | $500,000.00 |
| 21 I+D MEXICO, S.A. DE C.V. | PHONE: 55-5950-1440; 800-900-7273 EMAIL: CAVI@PASE.COM.MX; COMENTARIOS@PASE.COM.MX | TRADE | | | | $468,329.56 |
| 22 THE JOHNSON GROUP LLC BRETT WILLIAMS 436 MARKET STREET CHATTANOOGA, TN 37402 | BRETT WILLIAMS PHONE: 423-424-3015 FAX: 423-267-0475 EMAIL: BWILLIAMS@JOHNGROUP.COM | TRADE | | | | $431,157.37 |
| 23 MILESTONE EQUIPMENT HOLDINGS LLC JOHN HORGAN 3050 W. CLAY STREET SUITE 300 ST. CHARLES, MO 63301 | JOHN HORGAN PHONE: 636-733-6762 FAX: 888-395-4403 EMAIL: JOHN.HORGAN@MILECORP.COM | LESSOR | | | | $428,298.00 |
| 24 ZA-00008829 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $406,158.89 |
| 25 ZA-00003859 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $400,000.00 |
| 26 ZA-00010711 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $400,000.00 |
| 27 ZA-00009327 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $367,500.00 |
| 28 PDZA Y ASOCIADOS JULIAN PEDROZA S.C. INSURGENTES SUR 1602, PISO 4 COLONIA CREDITO CONSTRUCTOR MEXICO CITY, C.P. 03940 MEXICO | JULIAN PEDROZA PHONE: 55-10009124 FAX: 12-53-70-91 EMAIL: JULIAN@PEDROZAABOGADOS.COM | PROFESSIONAL | | | | $338,301.22 |
| 29 ZA-00012280 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $285,001.00 |
| 30 ANTHEM KIERRA WILLIS 220 VIRGINIA AVE N/A INDIANAPOLIS, IN 46202 | KIERRA WILLIS PHONE: 317-488-6000 FAX: 317-488-6821 EMAIL: KIERRA.WILLIS@ANTHEM.COM | BENEFIT ADMINISTRATOR | | | | $285,000.00 |
| 31 FLEET CHARGE 8650 WEST COLLEGE BOULEVARD OVERLAND PARK, KS 66210 | PHONE: 800-323-4284 FAX: 1-913-451-2443 EMAIL: CUSTOMER-REMITTANCE@FLEETCHARGE.COM | TRADE | | | | $284,588.81 |
| 32 ESTATE OF MICHAEL HANLEY, JR. MUNLEY LAW PC 227 PENN AVE SCRANTON, PA 18503 | MUNLEY LAW PC PHONE: 570-865-4699 FAX: 570-346-3452 EMAIL: LAWYERS3@MUNLEY.COM | LITIGATION CLAIM | | | | $274,412.50 |
| 33 ZA-00009541 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $260,000.00 |
| 34 ZA-00012579 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $260,000.00 |
| 35 ZA-00010558 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $250,000.00 |
| 36 ZA-00009278 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $249,398.50 |
| 37 90794 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $230,485.73 |
| 38 ZA-00012278 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $225,000.00 |
| 39 91320 TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $200,832.48 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 40  ZA-00013674<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $200,001.00 |
| 41  ZA-00015172<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $200,000.00 |
| 42  ZA-00009384<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $200,000.00 |
| 43  PNC BANK NATIONAL ASSOCIATION<br>STEVE CHAMBERS<br>130 S. BOND STREET<br>BEL AIR, MD 21014 | STEVE CHAMBERS<br>PHONE: 410-638-2237<br>FAX: 855-211-1236<br>EMAIL: STEVEN.CHAMBERS@PNC.COM | LESSOR | | | | $199,900.11 |
| 44  FLEET TRUCK SALES<br>JOSEPH E. JONES<br>FRASER STRYKER, PC, LLO<br>409 S 17TH ST<br>500 ENERGY PLAZA<br>OMAHA, NE 68102 | JOSEPH E. JONES<br>FRASER STRYKER, PC, LLO<br>PHONE: 402-978-5215<br>FAX: 402-341-8290<br>EMAIL: JJONES@FRASERSTRYKER.COM | LITIGATION CLAIM | | | | $166,000.00 |
| 45  MANHATTAN ASSOCIATES INC.<br>JAMIE MUNSON - DIRECTOR OF CARRIER MANAGEMENT<br>2300 WINDY RIDGE PARKWAY<br>10TH FLOOR<br>ATLANTA, GA 30339 | JAMIE MUNSON - DIRECTOR OF CARRIER MANAGEMENT<br>PHONE: 770-955-7070<br>FAX: 770-955-0302<br>EMAIL: JMUNSON@MANH.COM | TRADE | | | | $162,826.65 |
| 46  ZA-00010885<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $160,000.00 |
| 47  ZA-00006088<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $150,000.00 |
| 48  ZA-00010403<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $150,000.00 |
| 49  ZA-00016326<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $150,000.00 |
| 50  ZA-00010007<br>TBD - MONDAY FROM TPA | TBD - MONDAY FROM TPA | LITIGATION CLAIM | CONTINGENT | | | $150,000.00 |

Fill in this information to identify the case and this filing:

Debtor Name <u>Celadon Group, Inc.</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>
                                              (State)

Case number (*If known*):_____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
### 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule _____*

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐    *Other    document    that    requires    a    declaration*
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>12/08/2019</u>         **x** _Paul C. _____
          MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                     Paul Svindland _____
                                     Printed name

                                     Chief Executive Officer _____
                                     Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CELADON GROUP, INC., | : | Case No. 19-_____ (___) |
|  | : |  |
| Debtor. | : | (Joint Administration Requested) |

-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Celadon Group, Inc., the above-captioned Debtor, hereby certifies that following corporate entities and individuals own 10% or more of Celadon Group, Inc.'s equity interests:

| Equity Holder | Percentage of Total Equity |
|---|---|
| Luminus Management LLC, Luminus Energy Partners Master Fund Ltd. and Jonathan Barrett | 16.7% |
| Wellington Trust Company, National Association Multiple Common Trust Funds Trust, Micro Cap Equity Portfolio | 15.22% |

Fill in this information to identify the case and this filing:

Debtor Name __Celadon Group, Inc.__

United States Bankruptcy Court for the: __District of Delaware__
(State)

Case number (*If known*):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐     *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐     *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐     *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐     *Schedule H: Codebtors (Official Form 206H)*

☐     *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐     *Amended Schedule _____*

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒     *Other document that requires a declaration* __Statement of Corporate Ownership__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/08/2019__              x _Paul C. _____
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                        Paul Svindland_____
                                        Printed name

                                        Chief Executive Officer_____
                                        Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                    :
In re:                              :   Chapter 11
                                    :
    CELADON GROUP, INC.,            :   Case No. 19-_____ (___)
                                    :
    Debtor.                         :   (Joint Administration Requested)
-----------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Celadon Group, Inc., the above-captioned Debtor, hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Luminus Management LLC, Luminus Energy Partners Master Fund Ltd. and Jonathan Barrett 1700 Broadway 26th Floor New York, NY 10019 Attn: General Counsel E-mail: ssingh@luminusmgmt.com | 16.17% [common stock] |
| Wellington Trust Company, National Association Multiple Common Trust Funds Trust, Micro Cap Equity Portfolio c/o Wellington Trust Company, NA 280 Congress Street Boston, MA 02210 | 15.22% [common stock] |
| Towle & Co. 1610 Des Peres Road, Suite 250 St. Louis, MO 63131 | 9.73% [common stock] |
| Alexander Mitchell, Scopus Capital Inc., Scopus Asset Management LP 717 Fifth Avenue, 21st Floor New York, NY 10022 | 9.00% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Royce & Associates Inc.<br>745 Fifth Avenue<br>New York, NY 10151 | 6.29% [common stock] |
| Allen, James T.<br>33 E Cook Street<br>Spencer, TN 38585 | 0.00021% [common stock] |
| Anderson, Julie<br>10275 Seagrave Drive<br>Fishers, Indiana 46037 | 4.74503% [common stock] |
| Armes, Julie<br>3922 Chelsea Trace<br>Greenwood, IN 46143 | 0.00001375% [common stock] |
| A & S Inc.<br>Box 68<br>Cedar Rapids, IA 52406-0068 | 0.00008% [common stock] |
| Barton, Jaceann<br>10601 Cunot Cataract Road, Apt 8<br>Poland, IN 47868 | 0.00000344% [common stock] |
| Battershell, Erin<br>68014 Chapel Hill Road<br>Indianapolis,  IN 46214 | 2.04985% [common stock] |
| Bennett, Jack<br>12275 Dickeys Road<br>Mercersburg, PA 17236 | 0.00009% [common stock] |
| Bowers, David B.<br>649 Lindenwood Drive<br>Greenwood, IN 46142-3824 | 2.53068% [common stock] |
| Boyd, Elaine M.<br>Box 628<br>Summersville, WV 26651 | 0.00001% [common stock] |
| Briceno, Alma J.<br>12081 Pebblebrook Court Indianapolis,<br>Indiana 46236 | 0.00069% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Bridges, Alison Y.<br>Box 77<br>Cranfills Gap, TX 76637-0077 | 0.00078% [common stock] |
| Briggs, Vicki L.<br>2390 Leatherwood Road<br>Cumberland Furnace, TN 37051 | 0.49348% [common stock] |
| Brown, Sr., David L<br>5667 Thelma Road<br>Roanoke Rapids, NC 27870-8723 | 0.13919% [common stock] |
| Brubaker, Lowell Glenn<br>83625 Pine Glade Lane<br>Richmond, VA 23237 | 0.00015% [common stock] |
| Buterbaugh, Toby<br>13108 Pendleton Court<br>Reisterstown, MD 21136 | 9.49007% [common stock] |
| Canfield, Dana<br>3535 S County Road 800<br>E Dupont, IN 47231-9400 | 0.00008% [common stock] |
| Carpenter, Kenneth<br>8271 Pawtucket Court<br>Indianapolis, IN 46256 | 3.63153% [common stock] |
| Carter, Sr., Michael H.<br>23 S Delaware Avenue<br>Minersville, PA 17954 | 0.00000344% [common stock] |
| Cede & Co (Fast Account)<br>PO Box 20<br>Bowling Green Station, New York | 0.68097% [common stock] |
| Christie, Shelly<br>10879 N 200 W<br>Fountaintown, IN 46130-9514 | 0.00001% [common stock] |
| Clark, Matthew D.<br>3573 Vestige Trail<br>Springfield, IL 62707 | 0.27842% [common stock] |
| Cole, Thomas E.<br>10256 Street Hwy 45<br>S. Wingo, KY 42088 | 0.00005% [common stock] |
| Coleman, Joseph F.<br>5121 W Morris Street<br>Indianapolis, IN 46241-3548 | 0.00025% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Colucci, Carmine<br>2326 Hawthorne Avenue<br>Pittsburgh, PA 15218 | 0.00001% [common stock] |
| Conley, Chris<br>17857 Forreston Oak Drive Noblesville, IN 46062 | 1.89801% [common stock] |
| Cooper, Janice and Reyna<br>Subject to STA TOD Rules<br>4391 Main Street<br>Kankakee, IL 60901-7113 | 0.02531% [common stock] |
| Cooper, Janice<br>4391 Main Street<br>Kankakee, IL 60901-7113 | 0.00000344% [common stock] |
| Cornelius, Nikki<br>15604 160th Ct SE<br>Renton, WA 98058 | 0.00057% [common stock] |
| Craft, Blaine<br>6155 West Jamison Drive McCordsville, IN 46055 | 1.58168% [common stock] |
| Crawford, Anthony<br>3802 Manor Drive<br>Greensboro, NC 27403 | 1.89801% [common stock] |
| Cude, Charles<br>5657 Avenue 397<br>Dinuba, CA 93618-9622 | 0.00025% [common stock] |
| Custer, Jeff S.<br>PO Box 98<br>Bynum, TX 76631-0098 | 0.08857% [common stock] |
| Dart Transit Co., Attn: Dan Oren<br>800 Lone Oak Road<br>Eagan, MN 55121 | 0.00000344% [common stock] |
| Decker, David L. and Kathy J.<br>RR 1 Box 260<br>Quincy, IN 47456-9517 | 0.00038% [common stock] |
| Deese, Gary L.<br>5046 Suncrest Farms Lane<br>Crouse, NC 28033-7740 | 0.37960% [common stock] |
| Deese, Linda R.<br>5046 Suncrest Farms Lane<br>Crouse, NC 28033-7740 | 0.00009% [common stock] |
| DeFelice, Jackie R. and Louis A.<br>1418 E Logan Street<br>Round Rock, TX 78664-6026 | 0.00015% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Guaranty Bank Cust FBO Stanley Dickey<br>1028 Davis Street<br>S Sulphur Springs, TX 75482 | 0.00016% [common stock] |
| Duncan, Gwen Y.<br>1101 State Route 37<br>Kell, IL 62853-1319 | 1.07554% [common stock] |
| Eckels, Kirk<br>521 Dawson Ln, Apt B<br>Lebanon, TN 37087 | 0.53144% [common stock] |
| Edwards, Timothy O.<br>1320 Fulton Avenue B5<br>Bronx, NY 10456 | 0.00005% [common stock] |
| Elliott, Michael R.<br>33014 LA Hwy 332<br>Gueydan, LA 70542 | 0.00004% [common stock] |
| Ezinga, David A.<br>2551 Theodore<br>Hudsonville, MI 49426 | 0.13919% [common stock] |
| Farmer, Kevin<br>2504 Hiers Court<br>Hephzibah, GA 30815 | 0.00000344% [common stock] |
| Feeley, Joyce<br>274 South Janice Lane<br>Ormond Beach, FL 32174 | 0.00010% [common stock] |
| Frazier, James<br>934 Geneva Avenue<br>Toledo, OH 43609 | 0.00010% [common stock] |
| Freeman, Michael T.<br>274 South Janice Lane<br>Ormond Beach, FL 32174 | 0.00010% [common stock] |
| French, Melissa<br>1426 N Audubon Road<br>Indianapolis, Indiana 46219 | 6.01038% [common stock] |
| Fronek, Jeff<br>416 Orchardale Drive<br>Rochester Hills MI<br>48309-2246 | 0.00020% [common stock] |
| Furman, Daniel J.<br>21 Shore Road<br>Edgemere, MD 21219 | 0.00020% [common stock] |
| Gannon, Tammy R.<br>11335 McDowell Drive<br>Indianapolis. IN 46229 | 0.00000344% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Geers, Jessie R.<br>3850 Oliver Lane<br>Baconton, GA 31716 | 0.00023% [common stock] |
| Gilliam, Brandon<br>2504 Redland Lane<br>Indianapolis, IN 46217 | 0.00008% [common stock] |
| Gomez, Elizabeth<br>82 Hamilton Avenue<br>Yonkers, NY 10704 | 0.12653% [common stock] |
| Gonzalez, Richard<br>1214 Avenue F South<br>Houston, TX 77587-4327 | 0.00034% [common stock] |
| Gumbs, Clifton O.<br>115-41 126th Street<br>South Ozone Park, NY 11420-2627 | 0.00008% [common stock] |
| Hale, Pamela J.<br>7845 N. Alton Avenue Indianapolis,  IN 46268 | 0.00069% [common stock] |
| Hall, Evelyn<br>13586 E Shady Lane<br>Bloomington, IN 47403 | 0.00020% [common stock] |
| Hall, Ever<br>Box 17052<br>North Little Rock, AR 72117 | 0.00012% [common stock] |
| Hamrick, Mark A.<br>482 County Road  1<br>South Point, OH 45680-8885 | 0.00011% [common stock] |
| Harr, Charles O.<br>2828 W Gentry Pkwy<br>Tyler, TX 75702 | 0.00003% [common stock] |
| Heist, Robert<br>289 Ferndale Drive<br>Boiling Springs, SC 29316 | 0.00005% [common stock] |
| Hembree, Joseph R.<br>8703 Zachary Cir, Apt 3<br>Louisville, KY 40214 | 0.00016% [common stock] |
| Hewett, Virginia<br>2725 E Suffock Avenue<br>Kingman, AZ 86409-1401 | 0.01265% [common stock] |
| Hill, Catherine<br>41 Patton Street<br>Newburg, MO 65550-9309 | 0.00003% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Hopkins, Eugene B.<br>648 Sedgewick Lane<br>Greenfield, IN 46140 | 0.00003% [common stock] |
| Howell, Melvin<br>PO Box 427<br>North Salem, Indiana 46165 | 0.00029% [common stock] |
| Hudson, Kristina L.<br>285 CR 2225<br>Ivanhoe, TX 75447 | 0.00010% [common stock] |
| Hume, Barton Hume<br>1275 N Peterman Road<br>Greenwood, IN 46142 | 0.00009% [common stock] |
| Knoll Employees Credit Union Cust FBO<br>Hunsberger Acct #2309-11<br>1235 Water Street PO Box 157<br>East Greenville, PA 18041-0157 | 0.00003% [common stock] |
| Hunt, Barbara<br>Box 248444<br>Columbus, OH 43224 | 0.00012% [common stock] |
| International Bancshares Corporation<br>1200 San Bernardo<br>Laredo, TX 78040-6301 | 0.28158% [common stock] |
| Jackson, Jimmie L.<br>2115 S Battery<br>Little Rock, AR 72202 | 0.00012% [common stock] |
| Jackson, Phillip<br>Box 172<br>Drakes Branch, VA 23937 | 0.00011% [common stock] |
| Jacobs, Ellen K.<br>108 E 82nd Street<br>New York, NY 10028-1135 | 0.00773% [common stock] |
| Jenkins, Brennen<br>6162 Indianola Avenue<br>Indianapolis, IN 46220 | 0.94901% [common stock] |
| Jensen, Mary<br>1729 Alwyne Dr.<br>Indianapolis,  IN 46227-6201 | 0.00003% [common stock] |
| Johnson, Carolyn<br>6726 Aviva Way<br>Indianapolis, IN 46237 | 0.00003% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Johnson, Mozelle Candy<br>3810 Crickett Lane<br>Winston Salem, NC 27105 | 1.77148% [common stock] |
| Jones, Reginald H.<br>1124 Evergreen Ct, Apt A Indianapolis, IN 46240-6868 | 0.39226% [common stock] |
| Judie, Jr., Joe<br>4872 Evans Dr.<br>Forest Park, GA 30297-1453 | 0.0034% [common stock] |
| Kreich, Michael E.<br>1634 S. Manhattan Ave.<br>Indianapolis, IN 46241-3814 | 0.0540% [common stock] |
| Lauwers, Karen Bea<br>2779 Horseshoe Lake Rd.<br>West Branch, MI 48661 | 0.0062% [common stock] |
| Leapley, Alma Marie<br>6633 W. Jamestown Drive<br>McCordsville, IN 46055 | 0.2663% [common stock] |
| Leary, William<br>167 Knapps Knolle Rd.<br>Utica, NY 13502-7712 | 0.0773% [common stock] |
| Lefkowitz, Louis<br>51 Frost Avenue West<br>Edison, NJ 08820-3157 | 0.0773% [common stock] |
| Linscomb, Danny J.<br>2020 36th St. N, apt. 513<br>Texas City, TX 77590-4324 | 0.0162% [common stock] |
| Little, Nathan<br>12505 Dogwood Tr.<br>Gloucester, VA 23061-2642 | 0.0210% [common stock] |
| Villasenor Lozano, Fernando<br>Apartado Postal 22<br>Guymas Sono 85427 Mexico | 0.1546% [common stock] |
| Madaj, Cameron F.<br>5501 Travis Rd.<br>Greenwood, IN 46143 | 0.0144% [common stock] |
| Wolf, Marshall<br>Box 730 Station A<br>Toronto, ON MSW 1G2 Canada | 0.0003% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Mattina, Sandra<br>21 S. Merrick Rd.<br>Massapequa, NY 11758 | 0.0385% [common stock] |
| Mays, Alan<br>9025 County Line<br>Willis, TX 77378 | 0.0162% [common stock] |
| Minor, Jr., Harold L.<br>1410 Sheridan Dr., Apt. 20C<br>Lancaster, OH 43130-1966 | 0.0027% [common stock] |
| Mitchell, Robert<br>9287 Greentree Dr.<br>Newport, MI 48166-9560 | 0.0625% [common stock] |
| Moore, Jimmy W.<br>Box 206<br>Cabot, AR 72023-0206 | 0.0014% [common stock] |
| Morris, Russell A.<br>39612 Palm Dr.<br>Bayview, TX 78566 | 0.0385% [common stock] |
| Mundy, Levi<br>12332 Beardsdale Dr.<br>Indianapolis, IN 46235 | 0.0258% [common stock] |
| Mynk, Paul E.<br>197 Fox Mtn. Rd.<br>Max Meadows, VA 24360 | 0.0048% [common stock] |
| Nichols, Tracy<br>3323 Abbey Field<br>Porter, TX 77365-9601 | 0.0076% [common stock] |
| Ocasio, Manuel L.<br>Box 3449<br>East Chicago, IN 46312-8449 | 0.0093% [common stock] |
| Osborne, Nathan S.<br>2193 E. Country Club Rd.<br>Martinsville, IN 46151 | 0.0017% [common stock] |
| Ostolaza, James<br>5204 Mumm Lane<br>El Paso, TX 79924 | 0.0457% [common stock] |
| Owens, David W.<br>6190 Winford Dr.<br>Indianapolis, IN 46236-8378 | 0.0144% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Pacas, Roberto & Carol C. Pacas JT TEN<br>237 Boardwalk Ave., Apt. E<br>San Bruno, CA 94066-2234 | 0.0189% [common stock] |
| Parker IV, Joseph T.<br>8215 Center Path Ln.<br>Mechanicsville, VA 23116 | 0.0241% [common stock] |
| Pellerin, Anne Marie<br>1334 Keller Drive<br>Plainfield, IN 46168 | 0.0687% [common stock] |
| Perryman, Kyle<br>5608 Indianola Ave.<br>Indianapolis, IN 46220 | 0.0515% [common stock] |
| Peterson, Elizabeth G.<br>2021 S. Lewis, Ste. 610<br>Tulsa, OK 74014 | 0.0034% [common stock] |
| Phipps, Martin L.<br>26530 Barranquilla Ave.<br>Punta Gorda, FL 33983-5727 | 0.0055% [common stock] |
| Porter, Rebecca<br>3747 Chisholm Drive<br>Anderson, IN 46012 | 0.0687% [common stock] |
| Pridgen, Reginald<br>309 15th St. NE<br>Washington, DC 2002 | 0.0045% [common stock] |
| Proffitt, Nelda<br>704 N. Choctaw<br>Shamrock, TX 79079 | 0.0777% [common stock] |
| Randolph, Timothy<br>2412 Cass Road<br>Toldeo, OH 46314 | 0.0045% [common stock] |
| Reay, Eric<br>37 Jordan Crescent<br>Belgrave, ON Canada | 0.1289% [common stock] |
| Requelme, Leonardo<br>1714 Kessler Blvd. E. Dr.<br>Indianapolis, IN 46220-2433 | 0.0773% [common stock] |
| Reynolds, Tina Lynn<br>P.O. Box 1048<br>Pocahontas, AR 72455-1048 | 0.0082% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Richey, Frances<br>650 Vanderbilt Road<br>Mount Juliet, TN 37122-5082 | 0.0113% [common stock] |
| Riley, La Rai<br>C/O Larai M. Hooser<br>6645 Cobham Ln.<br>Indianapolis, IN 4623-2970 | 0.0021% [common stock] |
| Rinehart, Anthony<br>6225 North Haverford Avenue<br>Indianapolis, IN 46220 | 0.0687% [common stock] |
| Risenhoover, Donnie L.<br>Box 93<br>Oaks, OK 74359 | 0.0622% [common stock] |
| Roark, William Earl<br>12124 Rte. A<br>Russelville, MO 65074 | 0.0419% [common stock] |
| Rodgers, Michel Paul<br>5553 County Rd. 417<br>Cleburne, TX 76031 | 0.0258% [common stock] |
| Russell, Stewart<br>104 Taconic Rd.<br>Greenwich, CT 06831 | 0.2137% [common stock] |
| Salvaggio, Kevin<br>361 County Rd.<br>Barrington, RI 02806-2422 | 0.0577% [common stock] |
| Saso, Jr., Benjamin Almacen<br>509 Boschert Dr.<br>Saint Charles, MO 63301-1710 | 0.0856% [common stock] |
| Schmidt, Glenn<br>6573 Robin Drive<br>Nineveh, IN 46164-9528 | 0.0268% [common stock] |
| Schuster, Jody L.<br>6300 S. 175 W.<br>Lebanon, IN 46052 | 0.0003% [common stock] |
| SGT 2000<br>354 Rt. 122 Saint Germain De.<br>Grantham QC Canada J0C 1K0 | 0.0003% [common stock] |
| Shaffer, Joshua<br>255 S. McCrea Street #34<br>Indianapolis, IN 46224 | 0.2405% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Shaver, William O.<br>77 Cadwell Rd.<br>Opelika, AL 36804 | 0.0041% [common stock] |
| Shepherd, Lora<br>1260 Birchwood Way<br>Greenwood, IN 46143 | 0.1289% [common stock] |
| Sherrell, Kevin L.<br>4964 N. Hwy. 27<br>Lafayette, GA 30728 | 0.0021% [common stock] |
| Shiflet, Diana<br>1043 Ness Drive<br>Mondovi, WI 54755 | 0.0065% [common stock] |
| Shipton, Eric<br>131 Queen Junction Rd.<br>Butler, PA 16001 | 0.0027% [common stock] |
| Shorts, Walter<br>1994 S. Williamsburg Rd.<br>Bassfield, MS 39421-9662 | 0.1137% [common stock] |
| Skinner, Don F.<br>3424 W. Dorchester Rd. 6<br>Peoria, IL 61604 | 0.0137% [common stock] |
| Slauson, John E.<br>162 Evelyn Ave.<br>Delafield, WI 53018 | 0.0845% [common stock] |
| Smith, Tyler<br>2738 North Boehning Street<br>Indianpolis, IN 46219 | 0.0430% [common stock] |
| Spencer, Stephen T.<br>410 Vine Street<br>Hope, IN 47246-1563 | 0.0003% [common stock] |
| Swanson, Bruce W.<br>2438 Annwood Court<br>Newton, NC 28658 | 0.0055% [common stock] |
| Switzer, Robert<br>8920 Sunningdale Blvd.<br>Indianapolis, IN 46234 | 0.0172% [common stock] |
| Sykes, Elaine Holt TOD Gregory E. Glosson,<br>Subject to State TOD Rules<br>4204 Live Oak Rd.<br>Raleigh, NC 27604 | 0.0065% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Tatum, Randy Allen<br>5765 Milett Rd.<br>Fowleville, MI 48836 | 0.0192% [common stock] |
| Tatum, Scott Edward<br>3578 Thorn Tree Ct.<br>Ann Arbor, MI 48015 | 0.0192% [common stock] |
| Teal, Christopher J.<br>150 Boone Rd.<br>Lumberton, NC 28360 | 0.0024% [common stock] |
| Tingblad, Eric D.<br>10 Ashfield Lane<br>Bella Vista, AR 72715-8901 | 0.0093% [common stock] |
| Tompkins, Jr., Michael Neal<br>4918 Hardegan St.<br>Indianapolis, IN 46227 | 0.0014% [common stock] |
| Torres, Carlos<br>13050 Harnose<br>El Paso, TX 79928-5758 | 0.0062% [common stock] |
| Turple, Garry<br>165 Acadia Mill Dr.<br>Bedord, NS B4A 3Z4 Canada | 0.0962% [common stock] |
| Valdez, Humberto<br>1604 Palestine Dr.<br>Laredo, TX 78046 | 0.0258% [common stock] |
| Valles, Luis E.<br>5892 Old Jackson Rd.<br>Forest, MS 39074-8484 | 0.0062% [common stock] |
| Velandingham, Ricky Lee<br>5902 E. Terrace Ave.<br>Indianpolis, IN 46203 | 0.0859% [common stock] |
| Verberber, Veronika<br>18 Long Acre Dr.<br>Huntington, NY 11743-3926 | 0.0773% [common stock] |
| Wallen, Ed<br>3140 Whittington Dr.<br>North Vernon, IN 47265 | 0.0076% [common stock] |
| Welch, Carrol Brook<br>3705 Brown Station Rd. D<br>Columbia, MO 65202 | 0.0069% [common stock] |

| Name and Address of Interest Holder | Percentage and Type of Interests Held |
|---|---|
| Whitaker, Lori<br>742 Franklin Lakes Blvd.<br>Franklin, IN 46131 | 0.4295% [common stock] |
| White, Brenda<br>2504 E. Farm Road 71<br>Mount Pleasant, TX 75455-6921 | 0.0663% [common stock] |
| Wilder, Steven<br>12240 Bella Terra Center Way, Apt. 4209<br>Richmond, TX 77406-1654 | 0.0014% [common stock] |
| Williamson, Rachael E.<br>P.O. Box 446<br>Italy, TX 76651 | 0.0141% [common stock] |
| Word, Edward Foster<br>1245 Scott Lane<br>Odenton, MD 21113 | 0.0454% [common stock] |
| Wright, Hannah M.<br>13282 N. Miller Dr.<br>Camby, IN 46113 | 0.0230% [common stock] |
| Zillich, Jason<br>590 Belmont Acres Cir.<br>Tumbling Shoals, AR 72581 | 0.0907% [common stock] |

Fill in this information to identify the case and this filing:

Debtor Name __Celadon Group, Inc._____

United States Bankruptcy Court for the: __District of Delaware__
                                              (State)

Case number (*If known*):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐     *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐     *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐     *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐     *Schedule H: Codebtors (Official Form 206H)*

☐     *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐     *Amended Schedule _____*

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒     *Other document that requires a declaration* __List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/08/2019__          x _Paul C. [signature]_____
        MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                  Paul Svindland_____
                                  Printed name

                                  Chief Executive Officer_____
                                  Position or relationship to debtor