# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
    CELADON GROUP, INC., *et al.*,[1] : Case No. 19-12606 (KBO)
:
    Debtors. : (Jointly Administered)
---------------------------------------------------------------x

## *AMENDED*[2] NOTICE OF HEARING AGENDA FOR MATTERS SCHEDULED FOR HEARING ON JANUARY 3, 2020 AT 10:00 A.M. (ET) - 6TH FLOOR, COURTROOM #1[3] [4]

*DUE TO A CONFLICT, AGENDA ITEMS 7. AND 9. WILL BE HEARD BY THE HONORABLE CHRISTOPHER S. SONTCHI ON JANUARY 3, 2020 AT 1:00 P.M. (ET) - 5TH FLOOR, COURTROOM #6*

**MATTERS WITH CERTIFICATION OF COUNSEL (COC/CNO):**

1. Certification of Counsel Regarding Order Approving Stipulation with Banc of America Leasing & Capital, LLC Modifying The Automatic Stay [D.I. 113; Filed 12/18/19].

    **Response Deadline:** N/A

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

[2] **Amended items appear in bold.**

[3] Copies of all petitions, motions and pleadings identified herein may be obtained through the website of the Debtors' claims agent at http://www.kccllc.net/celadon.

[4] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**Related Documents:**

A. Certification of Counsel Regarding Amended Proposed Order Approving Stipulation with Banc of America Leasing & Capital, LLC Modifying The Automatic Stay [D.I. 136; Filed 12/23/19].

B. Order Granting Stipulation with Banc of America Leasing & Capital, LLC Modifying the Automatic Stay [D.I. 167; Filed 12/30/19].

**Responses Received:** None.

A. Limited Objection of the Official Committee of Unsecured Creditors to the Certification of Counsel Regarding Orders Approving Stipulations with Banc of America Leasing & Capital, LLC and Commerce Bank [D.I. 124; Filed 12/20/19].

**Status:** An order has been entered for this matter, therefore no hearing is necessary.

2. Certification of Counsel Regarding Order Approving Stipulation with Commerce Bank Modifying The Automatic Stay [D.I. 117; Filed 12/19/19].

**Response Deadline:** N/A

**Related Documents:**

A. Certification of Counsel Regarding Amended Proposed Order Approving Stipulation with Commerce Bank Modifying The Automatic Stay [D.I. 142; Filed 12/23/19].

B. Order Granting Stipulation with Commerce Bank Modifying the Automatic Stay [D.I. 169; Filed 12/30/19].

**Responses Received:**

A. Limited Objection of the Official Committee of Unsecured Creditors to the Certification of Counsel Regarding Orders Approving Stipulations with Banc of America Leasing & Capital, LLC and Commerce Bank [D.I. 124; Filed 12/20/19].

**Status:** An order has been entered for this matter, therefore no hearing is necessary.

3. Certification of Counsel Regarding Order Approving Stipulation with Fifth Third Bank Modifying The Automatic Stay [D.I. 138; Filed 12/23/19].

**Response Deadline:** N/A

**Related Documents:**

A. Order Granting Stipulation with Fifth Third Bank Modifying the Automatic Stay [D.I. 168; Filed 12/30/19].

**Responses Received:** None.

**Status:** An order has been entered for this matter, therefore no hearing is necessary.

4. Certification of Counsel Regarding Order Approving Stipulation With PACCAR Financial Corp. Modifying The Automatic Stay [D.I. 150; Filed 12/26/19].

   **Response Deadline:** N/A

   **Related Documents:**

   A. Order Granting Stipulation with PACCAR Financial Corp. Modifying the Automatic Stay [D.I. 170; Filed 12/30/19].

   **Responses Received:** None.

   **Status:** An order has been entered for this matter, therefore no hearing is necessary.

5. Certification of Counsel Regarding Order Approving Stipulation By and Between The Debtors and Tiffany St. Pierre and Christopher St. Pierre, Individually and On Behalf Of Their Minor Child, E. St. Pierre Regarding Relief From The Automatic Stay Under 11 U.S.C. Section 362 to Pursue Federal Court Action [D.I. 151; Filed 12/26/19].

   **Response Deadline:** N/A

   **Related Documents:**

   A. Order Approving Stipulation by and Between the Debtors and Tiffany St. Pierre and Christopher St. Pierre, Individually and on Behalf of their Minor Child, E. St. Pierre Regarding Relief from the Automatic Stay under 11 U.S.C. Section 362 To Pursue Federal Court Action [D.I. 171; Filed 12/30/19].

   **Responses Received:** None.

   **Status:** An order has been entered for this matter, therefore no hearing is necessary.

EAST\171154422.5

**MATTERS GOING FORWARD:**

6. Motion of the Debtors for the Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [D.I. 6; Filed 12/9/19].

    **Response Deadline:**  December 27, 2019 at 4:00 P.M. (ET).

    **Related Documents:**  None.

    **Responses Received:**  None.

    **Status:**  This matter is going forward.

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs in the Ordinary Course and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations [D.I. 9; Filed 12/9/19].

    **Response Deadline:**  December 27, 2019 at 4:00 P.M. (ET).  Extended to December 30, 2019 at 4:00 P.M. (ET) for Anthem.

    **Related Documents:**

    A. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs for the Continuing Employees and (II) Authorizing and Directing Banks and Comdata to Honor and Process Checks and Transfers Related to Such Employee Obligations [D.I. 62; Filed 12/10/19].

    **Responses Received:  Informal comments from Anthem.**

    **Status:  Due to a conflict this matter will be heard by The Honorable Christopher S. Sontchi, on January 3, 2020 at 1:00 p.m. (ET), 5th Floor, Courtroom #6.  The parties intend to submit an agreed order under certification of counsel**.

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Approving the Debtors Continued Use of Their Current Cash Management System, Existing Bank Accounts, and Business Forms; (II) Authorizing the Debtors, After Notice to Open and Close Bank Accounts; (III) Directing All Banks Participating in the Debtors Cash Management System to Honor Certain Transfers; (IV) Permitting Continued Intercompany Transfers and, to the Extent Applicable, Granting Administrative Expense Priority Status To Postpetition Intercompany Claims Held by a Debtor Against One or More of the Other Debtors; and (V) Scheduling a Final Hearing on the Motion  [D.I. 10; Filed 12/9/19].

    **Response Deadline:**  December 27, 2019 at 4:00 P.M. (ET).

    **Related Documents:**

A. Interim Order (I) Approving the Debtors' Continued Use of Their Current Cash Management System, Existing Bank Accounts, and Business Forms; (II) Authorizing the Debtors, After Notice to Open and Close Bank Accounts; (III) Directing All Banks Participating in the Debtors' Cash Management System to Honor Certain Transfers; (IV) Permitting Continued Intercompany Transfers and, to the Extent Applicable, Granting Administrative Expense Priority Status to Postpetition Intercompany Claims Held by a Debtor Against One or More of the Other Debtors; and (V) Scheduling a Final Hearing on the Motion [D.I. 52; Filed 12/10/19].

**Responses Received:**

A. Limited Objection and Reservation of Rights of Bank of America, N.A. to the Debtors' Cash Management Motion [D.I. 30; Filed 12/9/19].

B. Limited Objection Of Wells Fargo Bank To The Debtors' Motion For A Final Orders (i) Approving The Debtors' Continued Use Of Their Current Cash Management System, Existing Bank Accounts, And Business Forms (ii) Authorizing Debtors, After Notice To Open And Close Bank Accounts; (iii) Directing All Banks Participating In The Debtors' Cash Management System To Honor Certain Transactions; (iv) Permitting Continued Intercompany Transfers And, To The Extent Applicable, Granting Administrative Expense Priority Status To Postposition Intercompany Claims Held By A Debtor Against One Or More Of The Other Debtors [D.I. 160; Filed 12/27/19].

**Status:  The Debtors intend to submit an agreed order under certification of counsel**.

9. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral, (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [D.I. 11; Filed 12/9/19].

**Response Deadline:**  December 27, 2019 at 4:00 P.M. (ET).  Extended to December 30, 2019 at 4:00 P.M. (ET) for Luminus Energy Partners Master Fund, Ltd, Chubb and Anthem.

**Related Documents:**

A. Certification of Counsel Regarding Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 59; Filed 12/10/19].

B. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 61; Filed 12/10/19].

C. Notice of Material DIP Amendment and Updated Approved Budget Pursuant to the Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 72; Filed 12/12/19].

D. Amended Notice of Material DIP Amendment and Updated Approved Budget Pursuant to the Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 83; Filed 12/16/19].

E. Supplement to Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 85; Filed 12/16/19].

**Responses Received:**

A. Limited Objection of TA Dispatch, LLC to the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral, (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [D.I. 45; Filed 12/10/19].

B. United States' Limited Objection Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative

        Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 145; Filed 12/24/19].

C.    Westchester Fire Insurance Company's Limited Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 156; Filed 12/27/19].

D.    Local Texas Tax Authorities' Objection To Motion Of The Debtors For Entry Of Interim And Final Orders (1) Authorizing The Debtors To Obtain Senior Secured Superpriority Postpetitoin Financing; (Ii) Granting (A) Liens And Superpriority Administrative Expense Claims And (B) Adequate Protection To Certain Prepetition Lenders; (Iii) Authorizing Use Of Cash Collateral;…And (Vi) Granting Related Relief [D.I. 158; Filed 12/27/19].

E.    Objection of the Official Committee of Unsecured Creditors' to Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing, (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 161; Filed 12/27/19].

F.    Objection of The Warn Act Plaintiffs to Debtors' Motion for Entry of Final Order (I) Authorizing The Debtors to Obtain Senior Securd Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 163; Filed 12/27/19].

G.    **Reservation of Rights to Debtors' Debtor-in-Possession Financing Motion [D.I. 175; Filed 12/30/19].**

  **H.** **Omnibus Response to Objections to the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling A Final Hearing; and (VI) Granting Related Relief [D.I. 186; Filed 12/31/19].**

  **Status**:  Due to a conflict this matter will be heard by The Honorable Christopher S. Sontchi, on January 3, 2020 at 1:00 p.m. (ET), 5th Floor, Courtroom #6.  This matter will go forward.

10. Application of the Debtors for Entry of an Order (I) Authorizing Them to Retain and Employ DLA Piper LLP (US) as Counsel, Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief [D.I. 77; Filed 12/13/19].

  **Response Deadline**:  December 27, 2019 at 4:00 p.m. (ET).

  **Related Documents**:

   A. Omnibus Notice of Motions, Applications and Hearing [D.I. 105; Filed 12/17/19].

  **Responses Received**:  Informal comments from the Office of the United States Trustee.

  **Status**:  The Debtors intend to submit an agreed order under certificate of no objection.

11. Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 78; Filed 12/13/19].

  **Response Deadline**:  December 27, 2019 at 4:00 p.m. (ET).

  **Related Documents**:

   A. Omnibus Notice of Motions, Applications and Hearing [D.I. 105; Filed 12/17/19].

   B. Supplemental Declaration of Esben T. Christensen of AlixPartners, LLP [D.I. 148; Filed 12/24/19].

   C. Notice of Filing Schedule 1 to AlixPartners' Retention Application [D.I. 149; Filed 12/24/19].

  **Responses Received**:  Informal comments from the Office of the United States Trustee.

  **Status**:  The Debtors intend to submit an agreed order under certification of counsel.

12. Taylor Express, Inc. - Motion of the Debtors for Orders: (I)(A) Approving Bidding

Procedures and Bid Protections, (B) Permitting Debtors to Designate Stalking Horse Purchaser(s) and Grant Bid Protections, (C) Scheduling a Hearing to Consider Approval of the Sale of Assets, (D) Approving Form and Manner of Notice of Sale, and (E) Granting Related Relief; and (II)(A) Authorizing and Approving the Sale of Substantially All Assets of Taylor Express, Inc. Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 48; Filed 12/10/19].

**Response Deadline:** December 27, 2019 at 4:00 p.m. (ET). Extended to December 30, 2019 at 4:00 P.M. (ET) for Chubb.

**Related Documents:**

A. Notice of Motion and Hearing [D.I. 115; Filed 12/19/19].

B. **Notice Of Filing Of Exhibits To Debtors' Taylor Express Assets Bidding Procedures Motion [D.I. 178; Filed 12/30/19].**

**Responses Received:**

A. United States' Limited Objection to Motion of the Debtors for Entry of Orders Approving Bidding Procedures for the Sale of Taylor Express, Inc. [D.I. 147; Filed 12/24/19].

B. Informal comments from the Office of the United States Trustee.

C. Limited Objection of Bridge Funding Group, Inc. to (I) Motion of the Debtors for Entry of Orders Approving Bidding Procedures for the Sale of Taylor Express, Inc. and (II) Motion of the Debtors for Entry of Orders Approving Bidding Procedures for the Sale of the Remaining Assets [D.I. 159; Filed 12/27/19].

D. Limited Objection of the Official Committee of Unsecured Creditors to the (I) Debtors' Motion Approving Bidding Procedures for the Sale of Substantially All Assets of Taylor Express, Inc. and (II) Debtors Motion Approving Bidding Procedures for the Sale of All Remaining Assets [D.I. 162; Filed 12/27/19].

E. **Debtors' Response to the Limited Objections of The United States of America to the Motions for Entry of Orders (I) Approving Bidding Procedures, Bid Protections and Related Relief Relating to The Taylor Assets and (II) Approving Bidding Procedures, Bid Protections and Related Relief Relating to The Debtors' Remaining Assets [D.I. 189; Filed 1/2/20].**

**Status:** This matter will go forward.

13. <u>Remaining Assets.</u> - Motion of the Debtors for the Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of the Remaining Assets and Setting Bid Protections Guidelines, (B) Permitting Debtors to Designate Stalking Horse Purchaser(s) and Grant Bid Protections, (C) Scheduling a Hearing to Consider Approval of the Sale of Assets, (D) Approving Form and Manner of Notice of Sale, and (E) Granting Related Relief; and (II)(A) Authorizing and Approving the Sale of Substantially All Assets of Certain of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 79; Filed 12/14/19].

**Response Deadline:**  December 27, 2019 at 4:00 p.m. (ET).  Extended to December 30, 2019 at 4:00 P.M. (ET) for Chubb.

**Related Documents:**

A. Omnibus Notice of Motions, Applications and Hearing [D.I. 105; Filed 12/17/19].

B. **Notice Of Filing Of Exhibits To Debtors' Remaining Assets Bidding Procedures Motion [D.I. 179; Filed 12/30/19].**

C. **Supplement to Motion of The Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Bid Protections, (B) Permitting Debtors to Designate Stalking Horse Purchaser(s) and Grant Bid Protections, (C) Scheduling a Hearing to Consider Approval of The Sale of Assets, (D) Approving Form and Manner of Notice of Sale, and (E) Granting Related Relief; and (II)(A) Authorizing and Approving The Sale of Substantially All Assets of Certain of The Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Remaining Assets] [D.I. 188; Filed 1/2/20].**

**Responses Received:**

A. United States' Limited Objection to Motion of the Debtors for Entry of Orders Approving Bidding Procedures for the Sale of the Remaining Assets [D.I. 146; Filed 12/24/19].

B. Informal comments from the Office of the United States Trustee.

C. Limited Objection of Bridge Funding Group, Inc. to (I) Motion of the Debtors for Entry of Orders Approving Bidding Procedures for the Sale of Taylor Express, Inc. and (II) Motion of the Debtors for Entry of Orders Approving Bidding Procedures for the Sale of the Remaining Assets [D.I. 159; Filed 12/27/19].

    D.    Limited Objection of the Official Committee of Unsecured Creditors to the (I) Debtors' Motion Approving Bidding Procedures for the Sale of Substantially All Assets of Taylor Express, Inc. and (II) Debtors Motion Approving Bidding Procedures for the Sale of All Remaining Assets [D.I. 162; Filed 12/27/19].

    E.    **Debtors' Response to the Limited Objections of The United States of America to the Motions for Entry of Orders (I) Approving Bidding Procedures, Bid Protections and Related Relief Relating to The Taylor Assets and (II) Approving Bidding Procedures, Bid Protections and Related Relief Relating to The Debtors' Remaining Assets [D.I. 189; Filed 1/2/20].**

    **Status:** This matter will go forward.

14.    Motion of the Debtors for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 99; Filed 12/17/19].

    **Response Deadline:** December 27, 2019 at 4:00 p.m. (ET).

    **Related Documents:**

    A.    Omnibus Notice of Motions, Applications and Hearing [D.I. 105; Filed 12/17/19].

    **Responses Received:** None.

EAST\171154422.5

**Status:** The Debtors intend to submit an agreed order under certificate of no objection for this matter.

Dated: January 2, 2020
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
      matthew.sarna@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
Jamila Justine Willis (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: richard.chesley@us.dlapiper.com
      jamila.willis@us.dlapiper.com

*Proposed Counsel to the Debtors*