**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELADON GROUP, INC., *et al.*,[1] | : | Case No. 19-12606 (KBO) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Related D.I.: 219, 303** |
| | : | **Obj. Deadline: January 24, 2020 at 11:59 p.m. (ET)** |

**NOTICE OF INTENT TO DESIGNATE THE RUBELS AS DESIGNATED STALKING HORSE BIDDER FOR CERTAIN ANDY WARHOL SCREEN PRINTS**

**PLEASE TAKE NOTICE** that on January 6, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered *the Order: (I)(A) Approving Bidding Procedures and Bid Protections, (B) Permitting Debtors to Designate Stalking Horse Purchaser(s) and Grant Bid Protections, (C) Scheduling a Hearing to Consider Approval of the Sale of Assets, (D) Approving Form and Manner of Notice of Sale, and (E) Granting Related Relief; and (II)(A) Authorizing and Approving the Sale of Substantially All Assets of Certain of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [D.I. 219] (the "Remaining Assets Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE**, pursuant to the Remaining Assets Bidding Procedures Order, Celadon Group, Inc. and its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases, in consultation with the Consultation Parties, designated Melissa Russell Rubel and Matthew Evan Rubel (collectively, the "Rubels")[3] as a Designated Stalking Horse Bidder to purchase certain screen prints from the "*Truck*" series by Andy Warhol

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

[2] Capitalized terms used but not specifically defined herein shall have the meanings ascribed to them in the Remaining Assets Bidding Procedures Order.

[3] The Rubels are related to one of the founders of the Debtors. The Debtors take no position whether the Rubels are insiders as defined under section 101(31) of the Bankruptcy Code.

(the "Designation"). The Bid Protections requested by the Rubels, and as set forth in the Asset Purchase Agreement, a copy of which is on file with the Bankruptcy Court at docket number 303 (the "Requested Bid Protections"), are below the caps set forth in the Remaining Assets Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE**, pursuant to paragraph M of the Remaining Assets Bidding Procedures Order, parties shall have five (5) business days following the date of this notice to object to the Designation. If no objection is filed, the Designated Stalking Horse Bidder and the Requested Bid Protections shall be deemed approved without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that if a party files an objection to the Designation, the Debtors will seek to schedule an expedited hearing to resolve such objection.

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE** that copies of the Remaining Assets Bidding Procedures Order, Bidding Procedures, all related exhibits, the Asset Purchase Agreement, and any other filings related to the foregoing are available for free on the website of the court-appointed claims and noticing agent in these chapter 11 cases, KCC, at https://www.kccllc.net/Celadon.

Dated: January 16, 2020
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*

Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
Jamila Justine Willis (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: richard.chesley@us.dlapiper.com
jamila.willis@us.dlapiper.com

*Counsel to the Debtors*