# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
CELADON GROUP, INC., *et al.*,[1] : Case No. 19-12606 (KBO)
:
Debtors. : (Jointly Administered)
:
: **Related D.I.: 218, 219, 248, 266, 270, 271, 273, 301, 310**
---------------------------------------------------------------x

## NOTICE OF SALES GOING FORWARD AT THE AUCTION

**PLEASE TAKE NOTICE**, on January 6, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order approving bidding procedures for the sale of the Taylor Express, Inc. business and assets [D.I. 218] (the "Taylor Bidding Procedures Order"), and also an order approving bidding procedures for the sale of the Remaining Assets [D.I. 219] (the "Remaining Assets Bidding Procedures Order" and together with the Taylor Bidding Procedures, the "Bidding Procedures Orders").[2]

**PLEASE TAKE FURTHER NOTICE**, the Bidding Procedures Orders established 4:00 p.m. (prevailing Eastern time) on January 20, 2020 (the "Bid Deadline") as the deadline to bid on the Taylor Express Assets and certain of the Remaining Assets and scheduled an Auction to commence at 10:00 a.m. (prevailing Eastern time) on January 22, 2020. Further, the Bidding Procedures Orders scheduled a hearing to consider and approve the sales to Successful Bidders for January 30, 2020 at 2:30 p.m. (prevailing Eastern time) (the "Sale Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

[2] Capitalized terms used but not otherwise defined in this Notice shall have the meanings ascribed to them in the Bidding Procedures Orders.

**PLEASE TAKE FURTHER NOTICE**, upon the expiration of the Bid Deadline, Celadon Group, Inc. and its affiliated debtors (collectively, the "Debtors"), in consultation with the Consultation Parties, have determined that the Auction will go forward solely with respect to the following properties and assets:

- **13601 Mercury Drive, Laredo, TX** – Auction will proceed as scheduled; the Debtors received several Qualified Bids but determined to not designate a Stalking Horse Bidder.

- **9503 E. 33rd Street, Indianapolis, IN** – Auction will proceed as scheduled; the Debtors have designated Transport Enterprise Leasing, LLC as the Stalking Horse Bidder [D.I. 248, 310].

- **9420 E. 30th Street, Indianapolis, IN** – Auction will proceed as scheduled; the Debtors have designated Contract Leasing Corp. as the Stalking Horse Bidder [D.I. 271].

- **10010 Conveyor Drive, Indianapolis, IN** – Auction will proceed as scheduled; the Debtors will accept Qualified Bids at the Auction by Qualified Bidders otherwise attending the Auction.

- **9920 30th Street, Indianapolis, IN** – Auction will proceed as scheduled; the Debtors will accept Qualified Bids at the Auction by Qualified Bidders otherwise attending the Auction.

- **101 Dollar Street, Ottoville, OH** – Auction will proceeds as scheduled; the Debtors have designated Skippers Crew, LLC as the Stalking Horse Bidder [D.I. 270].

**PLEASE TAKE FURTHER NOTICE**, upon the expiration of the Bid Deadline, the Debtors, in consultation with the Consultation Parties, have cancelled the Auction solely with respect to the following assets and properties:

- **Taylor Assets** – Auction **cancelled** and White Willow Holdings LLC deemed the Successful Bidder. The Debtors will file and submit a proposed form of order approving the sale of the Taylor Assets to White Willow Holdings LLC, along with a copy of the final Purchase Agreement, for consideration at the Sale Hearing.

- **112 Garford Avenue, Lima, OH** – Auction **cancelled** and Contract Leasing Corp. deemed the Successful Bidder. The Debtors will file and submit a proposed form of order approving the sale of the real property located at 112 Garford Avenue, Lima, OH to Contract Leasing Corp., along with a copy of the final Purchase Agreement, for consideration at the Sale Hearing.

- **Andy Warhol Prints** – Auction **cancelled** and Melissa Russel Rubel and Matthew Evan Rubel deemed the Successful Bidder. The Debtors will file and submit a

proposed form of order approving the sale of those certain Andy Warhol Prints to Melissa Russell Rubel and Matthew Evan Rubel, along with a copy of the final Purchase Agreement, for consideration at the Sale Hearing.

- **221 Cockeysville Road, Cockeysville, MD** – Auction **cancelled**; no Qualified Bids received.

- **Tractors/Trailers**[3] – Auction **cancelled**; no Qualified Bids received.

**PLEASE TAKE FURTHER NOTICE**, the Debtors have filed private sale motions for the following properties, and accordingly, the sales of such properties are not set for the Auction:

- **2616 Cedar Creek Road, Ayr, ON** – The Debtors filed a private sale motion [D.I. 273] for this property and will seek approval of the private sale at the Sale Hearing.

- **3400 Market Street, York, PA** – The Debtors filed a private sale motion [D.I. 266] for this property and will seek approval of the private sale at the Sale Hearing.

- **50 Omands Creek Blvd., Winnipeg, Canada** – The Debtors filed a private sale motion [D.I. 301] for this property and will seek approval of the private sale at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE**, the Debtors reserve all rights at or prior to the Auction to add to, remove from, or otherwise modify the list of properties and assets being sold at the Auction, and in consultation with the Consultation Parties, conduct the Auction in a manner designed to maximize value to the estates. Any assets not auctioned or otherwise the subject of a purchase agreement will continue to be marketed and the subject of further sale processes in these chapter 11 cases.

[*Remainder of Page Intentionally Left Blank*]

---

[3] This does not include equipment related to the Taylor Assets.

**PLEASE TAKE FURTHER NOTICE**, copies of all the filings in the Debtors' chapter 11 cases are available for free on the website of the court-appointed claims and noticing agent in these chapter 11 cases, KCC, at https://www.kccllc.net/Celadon. Additionally, if you have an inquiry regarding the bankruptcy case generally or need further information regarding this Notice, **please either visit KCC's website or contact KCC at (866) 927-7078 (U.S. / Canada) or (310) 751-2651 (international)**.

Dated: January 20, 2020
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
      matthew.sarna@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
Jamila Justine Willis (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: richard.chesley@us.dlapiper.com
      jamila.willis@us.dlapiper.com

*Counsel to the Debtors*