IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                              :   Chapter 11
                                                    :
    CELADON GROUP, INC., *et al.*,[1]    :   Case No. 19-12606 (KBO)
                                                    :
    Debtors.                         :   (Jointly Administered)
                                                    :
                                                    :   **Related D.I.: 219, 317**
------------------------------------------------------------x

## NOTICE OF COMPLETION OF AUCTION AND SUCCESSFUL BIDDERS

    **PLEASE TAKE NOTICE**, on January 6, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order approving bidding procedures for the sale of the Remaining Assets [D.I. 219] (the "Bidding Procedures Order"),[2] which scheduled an auction (the "Auction") for certain of the Debtors' assets for January 22, 2020 at 10:00 a.m. (ET), and further scheduled a hearing to consider and approve of sales to Successful Bidders for January 30, 2020 at 2:30 p.m. (ET) (the "Sale Hearing").

    **PLEASE TAKE FURTHER NOTICE**, on January 20, 2020, Celadon Group, Inc. and its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases filed the *Notice of Sales Going Forward at the Auction* [D.I. 317] (the "Notice"), which laid out which of the Debtors' properties would be up for sale at the Auction (each, a "Property" and collectively, the "Properties").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

[2]     Capitalized terms used but not otherwise defined in this Notice shall have the meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE**, on January 22, 2020, the Debtors conducted the Auction in accordance with the Bidding Procedures Order and the underlying Bidding Procedures. After receiving numerous Qualified Bids for the Properties, and at the conclusion of the Auction, the Debtors deemed the following parties Successful Bidders and Backup Bidders for certain of the Properties, as set forth below:

- **13601 Mercury Drive, Laredo, TX 78045**

    Successful Bidder – P.A.M. Transportation Services, Inc.
    Backup Bidder – Big Sky Commercial Property Investments, LLC

- **9503 East 33rd Street, Indianapolis, IN 46235 (Maintenance Facility)**

    Successful Bidder – Interstate Freight Systems Inc.
    Backup Bidder – P.A.M. Transportation Services, Inc.

- **9420 East 30th Street, Indianapolis, IN 46229 (Drop Lot)**

    Successful Bidder – Contract Leasing Corp.
    Backup Bidder – Werner Enterprises, Inc.

- **101 Dollar Street, Ottoville, OH 45844**

    Successful Bidder – Bookcase Properties LTD
    Backup Bidder – Skippers Crew, LLC

**PLEASE TAKE FURTHER NOTICE**, in accordance with the results of the Auction and the Bidding Procedures Order, the Debtors will file and submit proposed forms of order approving the sales of the above-listed Properties to the respective Successful Bidder, along with a copy of the respective final asset purchase agreement, and will seek approval of such orders at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE**, notwithstanding anything to the contrary in this notice, the Debtors reserve all rights at or prior to the Sale Hearing to, in consultation with the Consultation Parties, seek or not seek approval of the sale of any Property, and to pursue any process designed to maximize value to the estates. The Debtors will continue to market any and all assets that were not auctioned off during the Auction, other than those assets subject to a private sale motion or for which the Debtors have already deemed a Successful Bidder. The Debtors expect that such assets will be the subject of further sale processes in these chapter 11 cases.

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE**, copies of all the filings in the Debtors' chapter 11 cases are available for free on the website of the court-appointed claims and noticing agent in these chapter 11 cases, KCC, at https://www.kccllc.net/Celadon. Additionally, if you have an inquiry regarding the bankruptcy case generally or need further information regarding this notice, **please either visit KCC's website or contact KCC at (866) 927-7078 (U.S. / Canada) or (310) 751-2651 (international)**.

Dated: January 22, 2020
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
      matthew.sarna@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
Jamila Justine Willis (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: richard.chesley@us.dlapiper.com
      jamila.willis@us.dlapiper.com

*Counsel to the Debtors*