**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                       :  Chapter 11

In re:                              :

                                       :  Case No. 19-12606 (KBO)

CELADON GROUP, INC., *et al.*,[1]    :

                                       :  (Jointly Administered)

         Debtors.          :

                                       :
                                       :
                                       :
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 18, 2020 AT 9:30 A.M. (ET)
ON THE 6TH FLOOR, COURTROOM 1**

**MATTERS GOING FORWARD:**

1. Application of the Debtors for Entry of an Order (I) Approving Sales Agreement and Authorizing the Debtors to Retain and Employ Ritchie Bros. Auctioneers (America) Inc. as Auctioneer and Broker, *Nunc Pro Tunc* to February 10, 2020; (II) Authorizing the Sale of the Fleet Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief [D.I. 464; Filed 2/11/20].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

**Response Deadline:** At the Hearing

**Related Documents:**

A. Motion of the Debtors for Entry of an Order Shortening Notice of and Scheduling a Hearing in Connection With the Application of the Debtors for Entry of an Order (I) Approving Sales Agreement and Authorizing the Debtors to Retain and Employ Ritchie Bros. Auctioneers (America) Inc. as Auctioneer and Broker, *Nunc Pro Tunc* to February 10, 2020; (II) Authorizing the Sale of the Fleet Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief [D.I. 465; Filed 2/11/20].

B. Order Shortening Notice and Objection Periods in Connection With the Application of the Debtors for Entry of an Order (I) Approving Sales Agreement and Authorizing the Debtors to Retain and Employ Ritchie Bros. Auctioneers (America) Inc. as Auctioneer and Broker, *Nunc Pro Tunc* to February 10, 2020; (II) Authorizing the Sale of the Fleet Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief [D.I. 500; Filed 2/12/20].

C. Shortened Notice of Motion and Hearing [D.I. 504; Filed 2/12/20].

**Responses Received:** None.

**Status:** This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 13, 2020
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

<u>/s/ Stuart M. Brown</u>
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile:  (302) 394-2341
Email: stuart.brown@us.dlapiper.com
       matthew.sarna@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
Jamila Justine Willis (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile:  (212) 335-4501
Email: richard.chesley@us.dlapiper.com
       jamila.willis@us.dlapiper.com


*Counsel to the Debtors*