# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
In re:                                            :
                                                  :   Chapter 11
CELADON GROUP, INC., et al.,¹                     :
                                                  :   Case No. 19-12606 (KBO)
            Debtors.                              :
-------------------------------------------------------------x   (Jointly Administered)
TA DISPATCH, LLC, an Alabama limited              :
Liability company.                                :
                                                  :
            Plaintiff,                            :
                                                  :
v.                                                :
                                                  :
CELADON TRUCKING SERVICES, INC., a                :   Adv. No. 20-50117 (KBO)
New Jersey Corporation, CELADON LOGISTICS         :
SERVICES, INC., a Delaware corporation,           :
CELADON GROUP, INC., a Delaware                   :
Corporation, and HYNDMAN TRANSPORT               :
LIMITED, an Ontario corporation,                  :
                                                  :
            Defendants.                           :
-------------------------------------------------------------  x
TA DISPATCH, LLC                                  :
                                                  :
            Plaintiff,                            :
                                                  :
v.                                                :
                                                  :   Adv. No. 20-50430 (KBO)
MIDCAP FUNDING IV TRUST,                          :
                                                  :
            Defendant.                            :
-------------------------------------------------------------x
```

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

CELADON TRUCKING SERVICES, INC.,           :
                                            :
      Plaintiff                               :
                                            :
v.                                          :
                                            :
TRIANGLE RECOVERY SERVICES LLC,            :
JOHN DOE ENTITIES                           :      Adv. No. 20-50453 (KBO)
                                            :
      Defendants                              :
-------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 28, 2020 AT 10:00 A.M. (ET)
ON THE 6TH FLOOR, COURTROOM #3**

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (CNO/COC)**

1.    Zorada Scoppa's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [D.I. 298; Filed 1/16/20].

     **Response Deadline:** February 14, 2020 at 4:00 p.m. (ET)

     **Related Documents:**

     A.    Certification of Counsel Regarding Order Granting Zorada Scoppa Relief from Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 585; Filed 2/25/20].

     B.    Order Granting Zorada Scoppa Relief from Automatic Stay [D.I. 596; Filed 2/26/20].

     **Responses Received:** None.

     **Status:** An order for this matter has been entered and, therefore, no hearing is necessary.

2.    Application of the Official Committee of Unsecured Creditors of Celadon Group, Inc., *et al.*, for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to December 18, 2019 [D.I. 307; Filed 1/16/20].

     **Response Deadline:** February 6, 2020 at 4:00 p.m. (ET)

     **Related Documents:**

     A.    Supplemental Declaration of Jay R. Indyke in Support of the Application of the Official Committee of Unsecured Creditors of Celadon Group, Inc., et al., for Entry

of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to December 18, 2019 [D.I. 575; Filed 2/24/20].

B.    Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Celadon Group, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to December 18, 2019 [D.I. 576; Filed 2/24/20].

C.    Order Authorizing the Employment of Cooley LLP as Lead Counsel for the Official Committee of Unsecured Creditors [D.I. 592; Filed 2/26/20].

**Responses Received:** None.

**Status:** An order for this matter has been entered and, therefore, no hearing is necessary.

3.    Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 18, 2019 [D.I. 312; Filed 1/17/20].

**Response Deadline:** February 6, 2020 at 4:00 p.m. (ET)

**Related Documents:**

A.    Supplemental Declaration of Matthew Dundon in Support of Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 18, 2019 [D.I. 523; Filed 2/14/20].

B.    Certification of Counsel Regarding Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 18, 2019 [D.I. 577; Filed 2/24/20].

C.    Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 593; Filed 2/26/20].

**Responses Received:** None.

**Status:** An order for this matter has been entered and, therefore, no hearing is necessary.

4.    Application of the Official Committee of Unsecured Creditors of Celadon Group, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel *Nunc Pro Tunc* to December 18, 2019 [D.I. 313; Filed 1/17/20].

**Response Deadline:** February 6, 2020 at 4:00 p.m. (ET)

**Related Documents:**

A.       Supplemental Declaration of Christopher M. Samis of Potter Anderson & Corroon LLP in Support of Application of the Official Committee of Unsecured Creditors of Celadon Group, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel *Nunc Pro Tunc* to December 18, 2019 [D.I. 524; Filed 2/14/20].

B.       Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Celadon Group, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel *Nunc Pro Tunc* to December 18, 2019 [D.I. 578; Filed 2/24/20].

C.       Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of Celadon Group, Inc., *et al.*, *Nunc Pro Tunc* to December 18, 2019 [D.I. 594; Filed 2/26/20].

**Responses Received:** None.

**Status:** An order for this matter has been entered and, therefore, no hearing is necessary.

5.       Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 456; Filed 2/7/20].

**Response Deadline:** February 21, 2020 at 4:00 p.m. (ET)

**Related Documents:**

A.       Certificate of No Objection Regarding Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor effective *Nunc Pro Tunc* to the Petition Date [D.I. TBD; Filed TBD].

**Responses Received:** None.

**Status:** The Debtors intend to file a CNO has for this matter and, therefore, no hearing will be necessary unless the Court has questions.

6.       Motion of Carol Nichols and Loran Nichols for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 498; Filed 2/12/20].

**Response Deadline:** February 19, 2020 at 4:00 p.m. (ET)

**Related Documents:**

A.    Re-Notice of Motion of Carol Nichols and Loran Nichols for Relief from Stay Under Section 362 of the Bankruptcy Code Stay [D.I. 501; Filed 2/12/20].

B.    Certification of Counsel Regarding Order Granting Carol Nichols and Loran Nichols Relief from Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 586; Filed 2/25/20].

C.    Order Granting Carol Nichols and Loran Nichols Relief from Automatic Stay [D.I. 597; Filed 2/26/20].

**Responses Received:** None.

**Status:** An order for this matter has been entered and, therefore, no hearing is necessary.

7.    Motion of Officer Defendants for Entry of an Order Modifying the Automatic Stay to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [D.I. 502; Filed 2/12/20].

**Response Deadline:** February 19, 2020 at 4:00 p.m. (ET)

**Related Documents:**

A.    Re-Notice of Officer Defendants for Entry of an Order Modifying the Automatic Stay to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [D.I. 513; Filed 2/13/20].

B.    Certificate of No Objection Regarding Motion of Officer Defendants for Entry of an Order Modifying the Automatic Stay to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [D.I. 581; Filed 2/24/20].

C.    Order Modifying the Automatic Stay to Allow Payment, Reimbursement and/or Advancement of Defense Costs Under D&O Policies [D.I. 595; Filed 2/26/20].

**Responses Received:** None.

**Status:** An order for this matter has been entered and, therefore, no hearing is necessary.

**MATTERS GOING FORWARD:**

8.    Motion to Intervene of South Carolina Department of Insurance Pursuant to Rule 2018, Fed. R. Bankr. P. and Suggestion of Lack of Jurisdiction Over Subject Matter Regarding Purported Debtor Transportation Insurance Services Risk Retention Group, Inc. [D.I. 348; Filed 1/24/20].

**Response Deadline:** N/A

5

**Related Documents**:

A.      Notice of Motion and Hearing [D.I. 374; Filed 1/29/20].

B.      Notice of Motion and Hearing [D.I. 542; Filed 2/19/20].

**Responses Received:** None.

**Status:** While the parties are working to resolve this matter consensually, no resolution has yet been reached.  Therefore, this matter is going forward.

9.      Application of the Debtors for Entry of an Order (I) Approving Auction Engagement Agreement and Authorizing the Debtors to Retain and Employ Key Auctions LLC, d/b/a Key Auctioneers, as Auctioneer *Nunc Pro Tunc* to February 4, 2020; (II) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief [D.I. 571; Filed 2/21/20].

**Response Deadline:** At the Hearing.

**Related Documents**:

A.      Motion of the Debtors for Entry of an Order Shortening Notice and Objection Periods in Connection With the Application of the Debtors for Entry of an Order (I) Approving Auction Engagement Agreement and Authorizing the Debtors to Retain and Employ Key Auctions LLC, d/b/a Key Auctioneers, as Auctioneer *Nunc Pro Tunc* to February 4, 2020; (II) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief [D.I. 572; Filed 2/21/20].

B.      Order Shortening Notice and Objection Period in Connection With the Application of the Debtors for Entry of an Order (I) Approving Auction Engagement Agreement and Authorizing the Debtors to Retain and Employ Key Auctions LLC, d/b/a Key Auctioneers, as Auctioneer *Nunc Pro Tunc* to February 4, 2020; (II) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief [D.I. 582; Filed 2/25/20].

C.      Notice of Motion and Hearing [D.I. 584; Filed 2/25/20].

**Responses Received:** None.

**Status:** This matter is going forward

10.      Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 381; Filed 1/29/20].

**Response Deadline:** February 16, 2020 at 4:00 p.m. (ET).

**Related Documents**:

A.      Motion of the Debtors for Entry of an Order Shortening Notice and Objection Periods in Connection With the Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 427; Filed 1/31/20].

B.      Certification of Counsel Regarding Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and Midcap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceeding; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 457; Filed 2/9/20].

C.      Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and Midcap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceeding; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 459; Filed 2/10/20].

D.      Certification of Counsel Regarding Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and Midcap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceeding; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 522; Filed 2/14/20].

E.      Order Approving Stipulation Amending Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and Midcap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceeding; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 525; Filed 2/14/20].

**Responses Received**:

A.      Objection to Motion of the Debtors for Entry of an Order Shortening Notice and Objection Periods in Connection With the Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 435; Filed 2/4/20].

7

      B.      [SEALED] Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay for Related Relief [D.I. 530; Filed 2/17/20].

      C.      [SEALED] Corrected Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 552; Filed 2/20/20].

      D.      [SEALED] Reply of MidCap Funding IV Trust, as Prepetition ABL Agent and Lender, in Favor of the Emergency Motion of the Debtors and the Committee Extending the Automatic Stay for Related Relief [D.I. 579; Filed 2/24/20].

      E.      Movants' Joint Reply to TA Dispatch's Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 580; Filed 2/24/20]

**Status:** This matter is going forward.

11.      Motion of TA Dispatch, LLC for Entry of an Order Authorizing TA Dispatch, LLC to File Under Seal Certain Confidential Information in (I) Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief and (II) Appendix of Confidential Exhibits to Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 558; Filed 2/20/20].

**Response Deadline:** At the Hearing

**Related Documents:**

      A.      [SEALED] Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay for Related Relief [D.I. 530; Filed 2/17/20].

      B.      [SEALED] Corrected Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 552; Filed 2/20/20].

      C.      [SEALED] Appendix to Preliminary Objection to Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief [D.I. 557; Filed 2/20/20].

**Responses Received:** None.

**Status:** This matter is going forward.

8

**ADVERSARY MATTERS**

**TA Dispatch, LLC v. Celadon Trucking Services, Inc., _et al._ – Adv. Proc. No. 20-50117**

12.     Plaintiff's Motion for Leave to Amend Verified Complaint [D.I. 3; Filed 1/29/20].

    **Response Deadline:**  February 11, 2020 at 4:00 p.m. (ET)

    **Related Documents:**

    A.      Supplemental  Certificate of Service to Plaintiff's  Motion for Leave to Amend Verified Complaint [D.I. 4; Filed 1/29/20].

    B.      Certification of Counsel Regarding Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceeding; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 10; Filed 2/9/20].

    C.      Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 11; Filed 2/10/20].

    D.      Certificate of No Objection to Plaintiff's Motion for Leave to Amend Verified Complaint [D.I. 16; Filed 2/18/20.

    E.      Order Granting Plaintiff's Motion for Leave to Amend Verified Complaint [D.I. 17; Filed 2/19/20].

    **Response Received:** None.

    **Status:**  An order has been entered on this matter and, therefore, no hearing is necessary.

13.     Joint Motion of Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings [D.I. 5; Filed 1/29/20].

    **Response Deadline:**  February 12, 2020 at 4:00 p.m. (ET).

    **Related Documents:**

9

A.    Certification of Counsel Regarding Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceeding; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 10; Filed 2/9/20].

B.    Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 11; Filed 2/10/20].

**Response Received**:

A.    Objection to Joint Motion of Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings [D.I. 12; Filed 2/12/20].

B.    Joint Reply to the Objection of TA Dispatch, LLC to the Motion of the Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings [D.I. 22; Filed 2/21/20].

**Status:**  This matter is going forward.

**TA Dispatch, LLC v. MidCap Funding IV Trust – Adv. Proc. No. 20-50430**

14.    Motion to Dismiss Adversary Proceeding [D.I. 6; Filed 1/31/20].

**Response Deadline:**  February 14, 2020 at 4:00 p.m. (ET).

**Related Documents:**

A.    Brief in Support of MidCap Funding IV Trusts Motion to Dismiss Adversary Proceeding [D.I. 7; Filed 1/31/20].

B.    Certification of Counsel Regarding Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and MidCap Funding IV Trust for Entry of an order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 10; Filed 2/9/20].

C.      Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and MidCap Funding IV Trust for Entry of an order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 11; Filed 2/10/20].

D.      Certification of Counsel Regarding Order Approving Briefing Schedule for (I) Emergency Motion of the Debtors    and the Committee Extending the Automatic Stay and for Related Relief; (II) Plaintiff's Motion for Leave to Amend Verified Complaint; (III) Joint Motion of the Debtors and MidCap Funding IV Trust for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 7042 to Procedurally Consolidate Adversary Proceedings; and (IV) Motion to Dismiss Adversary Proceeding [D.I. 15; Filed 2/14/20].

E.      Order Approving Stipulation Amending Briefing Schedule for (I) Emergency Motion of the Debtors and the Committee Extending the Automatic Stay and for Related Relief; (II) Motion to Dismiss Adversary Proceeding [D.I. 16; Filed 2/14/20].

**Response Received**:

A.      Answering Brief in Opposition to MidCap Funding IV Trust's Motion to Dismiss Adversary Proceeding [D.I. 17; Filed 2/17/20].

B.      Reply Brief in Support of MidCap Funding IV Trust's Motion to Dismiss Adversary Proceeding [D.I. 27; Filed 2/24/20].

**Status:**  This matter is going forward.

## Celadon Trucking Services, Inc. v. Triangle Recovery Services LLC, *et al.* – Adv. Proc. No. 20-50453

15.      The Debtors' Motion for Temporary Restraining Order and Preliminary Injunction [D.I. 4; Filed 2/7/20].

**Response Deadline:**  February 21, 2020 at 4:00 p.m. (ET).  Extended to February 25, 2020 at 12:00 p.m. (ET) for Triangle Recovery.

**Related Documents:**

A.      Complaint [D.I. 1; Filed 2/6/20]

B.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I. 3; Filed on 2/7/20].

11

C.       Notice of Hearing on the Debtors' Motion for a Temporary Restraining Order [D.I. 5; Filed 2/10/20].

D.       Certificate of Service [D.I. 6; Filed 2/10/20].

E.       Declaration of Andrew Bernstein in Support of Debtors' Motion for Temporary Restraining Order and Preliminary Injunction [D.I. 8; Filed 2/10/20].

F.       Declaration of Kathryn Wouters in Support of the Debtors' Motion for a Temporary Restraining Order [D.I. 10; Filed 2/10/20].

G.       Certification of Counsel Regarding the Order Granting the Debtors' Motion for a Temporary Restraining Order [D.I. 17; Filed 2/12/20].

H.       Temporary Restraining Order [D.I. 18; Filed 2/13/20].

I.        Notice of Preliminary Injunction Hearing [D.I. 19; Filed 2/13/20].

J.        Amended Complaint [D.I. 21; Filed 2/18/20].

K.       Certificate of Service [D.I. 22; Filed 2/18/20].

L.       Motion to Intervene in Above-Captioned Adversary Proceeding [D.I. 24; Filed 2/24/20].

M.      Motion to Shorten Notice with Respect to Motion of Bridge Funding Group, Inc. to Intervene in the Above-Captioned Adversary Proceeding [D.I. 25; Filed 2/24/20].

N.       Order Granting Motion to Shorten Notice with Respect to Motion of Bridge Funding Group, Inc. to Intervene in the Above-Captioned Adversary Proceeding [D.I. 26; Filed 2/25/20].

O.       Notice of Rescheduled Preliminary Injunction Hearing [D.I. 28; Filed 2/25/20].

**Response Received:**  None.

**Status:**  This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

12

Dated:  February 26, 2020
   Wilmington, Delaware

          Respectfully submitted,

          **DLA PIPER LLP (US)**

          */s/ Stuart M. Brown*
          Stuart M. Brown (DE 4050)
          Matthew S. Sarna (DE 6578)
          1201 North Market Street, Suite 2100
          Wilmington, Delaware 19801
          Telephone: (302) 468-5700
          Facsimile:  (302) 394-2341
          Email: stuart.brown@us.dlapiper.com
            matthew.sarna@us.dlapiper.com

          -and-

          Richard A. Chesley (admitted *pro hac vice*)
          Jamila Justine Willis (admitted *pro hac vice*)
          1251 Avenue of the Americas
          New York, New York 10020
          Telephone: (212) 335-4500
          Facsimile:  (212) 335-4501
          Email:  richard.chesley@us.dlapiper.com
            jamila.willis@us.dlapiper.com

          *Counsel to the Debtors*

EAST\172419007.3