**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re: : Chapter 11
: Case No. 19-12606 (KBO)
CELADON GROUP, INC., *et al.*,[1] :
: (Jointly Administered)
Debtors. :
: Hearing Date: March 19, 2020 at 1:30 p.m. (ET)
: Obj. Deadline: March 11, 2020 at 4:00 p.m. (ET)
---------------------------------------------------------------x

## NOTICE OF APPLICATION AND HEARING

**PLEASE TAKE NOTICE**, on February 26, 2020, Celadon Group, Inc. and its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases filed the *Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ Jones Lang Lasalle Brokerage, Inc. as Real Estate Broker, Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE**, any objection or response to the Application must be (i) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before March 11, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") and (ii) served no later than the Objection Deadline on the undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE**, if a response is timely filed and served, you or your attorney must attend the hearing on the Application scheduled before The Honorable Karen B. Owens, United States Bankruptcy Judge, at the Court, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **March 19, 2020 at 1:30 p.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA); Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936). The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE TO THE APPLICATION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE.**

**PLEASE TAKE FURTHER NOTICE**, copies of the all filings in the Debtors' cases are available for free on the website of the Court-appointed claims and noticing agent in these chapter 11 cases, KCC, at https://www.kccllc.net/Celadon.  Additionally, if you have an inquiry regarding the bankruptcy case generally or need further information regarding this Notice, **please either visit KCC's website or contact KCC at (866) 927-7078 (U.S. / Canada) or (310) 751-2651 (international)**.

| | |
|---|---|
| Dated: February 26, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Stuart M. Brown*<br>Stuart M. Brown (DE 4050)<br>Matthew S. Sarna (DE 6578)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile:  (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br>            matthew.sarna@us.dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (admitted *pro hac vice*)<br>Jamila Justine Willis (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile:  (212) 335-4501<br>Email: richard.chesley@us.dlapiper.com<br>            jamila.willis@us.dlapiper.com<br><br>*Counsel to the Debtors* |